AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

AMERICAN GUARANTEE and
LIABILITY INSURANCE COMPANY,
V.

**SUMMONS IN A CIVIL CASE**

ALTERNATIVE HOUSING GROUP,
NARRAGANSETT HOUSING
PARTNERS, L.P., NARRAGANSETT
HOUSING ASSOCIATES, L.P. and
PROPERTY ADVISORY GROUP, INC.

CASE NUMBER: CA 06-297

TO: (Name and address of Defendant)

Property Advisory Group
4 Cathedral Square
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frederick E. Connelly, Jr., Esquire
Peabody & Arnold LLP
30 Rowes Wharf
Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Chief Deputy Clerk

CLERK

(By) DEPUTY CLERK

DATE 6/29/06, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-10-06 |
| NAME OF SERVER *(PRINT)* PAUL G HUGHES | TITLE APPOINTED FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): SERVED REGISTERED AGENT GINA ILLIANO AT 5 CATHEDRAL SQ, PROV RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/10/06
Date

[signature]
Signature of Server

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980
Address of Server

FILED
2006 JUL 13 A 10: 07
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Rhode Island

Case Number: CA 06 297

Plaintiff:
**ARMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY**

vs.

Defendant:
**ALTERNATIVE HOUSING GROUP; NARRAGANSETT HOUSING PARTNERS, L.P.; NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP INC.**

For:
Frederick E. Connelly, Esq.
PEABODY & ARNOLD
50 Rowes Wharf
Boston, MA 02110-3342

Received by HUGHES LEGAL SUPPORT to be served on **PROPERTY ADVISORY GROUP, 4 Cathedral Square, Narragansett, RI 02874.**

I, Paul G. Hughes, being duly sworn, depose and say that on the **10th day of July, 2006** at 12:30 pm, I:

SERVED the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT ( JURY DEMAND)** with the date and hour endorsed thereon by me to GINA ILLIANO, ESQ. as REGISTERED AGENT.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 165, Hair: Brown, Glasses: N

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Specially Appointed Federal Process Server by the Chief Judge for the U.S. District Court for Rhode Island.

**Paul G. Hughes**
Certified U.S.D.C. Process Ser

**HUGHES LEGAL SUPPORT**
**Www.Rhodeislandprocess.Com**
**P.O. Box 20617**
**Cranston, RI 02920**
**(401) 944-8980**
Our Job Serial Number: 2006012206

Before me on the 11th day of July, 2006 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

S.L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires Aug. 16, 2006

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8d