UNITED STATES DISTRICT COURT
District of Rhode Island

AMERICAN GUARANTEE and
LIABILITY INSURANCE COMPANY

V. C.A. NO.: 06-297

ALTERNATIVE HOUSING GROUP, ET AL

**LATE ENTRY STIPULATION**

By agreement of the parties, defendant, Property Advisory Group, Inc., has an extension of time up to and including August 18, 2006 in which to file an answer or otherwise respond to the complaint.

For plaintiff,

_______________________
Frederick E. Connelly, Jr., Esq., #6772
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

For defendant,
Property Advisory Group,

_______________________
John T. Walsh, Jr., #483
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Dated:

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/3/06