UNITED STATES DISTRICT COURT
District of Rhode Island

AMERICAN GUARANTEE and
LIABLITY INSURANCE COMPANY

Vs. C. A. No.: 06-297

ALTERNATIVE HOUSING GROUP, ET AL

**LATE ENTRY STIPULATION**

The defendants, Alternative Housing Group, Narragansett Housing Partners, L.P., Narragansett Housing Associates, L.P. and Property Advisory Group, Inc., may have up to and including August 18, 2006 to file their responsive pleading to Plaintiffs' Complaint.

For plaintiffs,

Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100
617-951-2125 - facsimile

For defendants,

John T. Walsh, Jr., #483
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 - facsimile

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 8/16/06

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Stipulation on this 4th day of August, 2006 to the following counsel of record:

Frederick E. Connelly, Jr.
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110

Nancy Hebert
______________________________