UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

American Guarantee and Liability Insurance Company

Plaintiff,

v.

C.A. No. 06-297-T-LDA

Alternative Housing Group, Narragansett Housing Partners, L.P., Narragansett Housing Associates, L.P., and Property Advisory Group, Inc.

Defendants.

## MOTION FOR ADMISSION PRO HAC VICE

Defendants Alternative Housing Group, Narragansett Housing Partners, L.P. Narragansett Housing Associates, L.P., and Property Advisory Group, Inc. hereby move that Kevin G. Mahoney be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Alternative Housing Group, Narragansett Housing Partners, L.P., Narragansett Housing Associates, L.P., and Property Advisory Group, Inc.

By: Kevin G. Mahoney
Bar ID No.: MA BBO# 564653
Address: Menard, Murphy & Walsh, LLP
60 State Street
Boston, MA 02109

DATED: August 17, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the state of Massachusetts and The District of Columbia and of the following Federal District Court and/or Court of

Appeals Bar(s), Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Kevin G. Mahoney, MA BBO# 564653
Menard, Murphy & Walsh, LLP
60 State Street
Boston, MA 02109
Tel: 617-832-2500 Fax: 617-832-2550

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

John T. Walsh # 483
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500 Fax: 401-273-8750

---

**ORDER**

This motion is hereby ______________________________________________

______________________________
District Judge

Date: