CERTIFICATION

I hereby certify that a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Frederick E. Connelly, Jr.
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
fconnelly@peabodyarnold.com

Nancy A. Hebert