UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,

Plaintiff,

v. Docket No. CA 06 297

ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P. and PROPERTY ADVISORY GROUP, INC.,

Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff American Guarantee and Liability Insurance Company hereby moves that Kevin T. Coughlin be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY

By: /s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., Esq., #6772
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

DATED: 8/22/06

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the States of New Jersey (1981) and New York (1981) and of the United States District Court for the District of New Jersey (1981), the United States District Court for the Southern District of New York (1981), the United States District Court for the Northern District of New York (2003) and the United States District Court of Appeals for the Second Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

By: ______________________

Kevin T. Coughlin
Coughlin Duffy LLP
350 Mt. Kemble Avenue
Morristown, NJ 07962
Tel.# (973) 267-0058
Fax# (973) 267-6442

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Frederick E. Connelly, Jr.

Frederick E. Connelly, Jr., Esq., #6772
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
Tel: (617) 951-2100
Fax: (617) 951-2125

---

**ORDER**

This motion is hereby ________________________________.

________________________________
District Judge

Date: ____________________________