UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,

Plaintiff,

v.

ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.

Defendants,

C.A. 06 297

STIPULATION EXTENDING TIME TO FILE OPPOSITION

By agreement of the parties, plaintiff American Guarantee and Liability Insurance Company has an extension of time up to and including September 15, 2006 in which to file a response to the Defendants' Motion to Dismiss or Alternatively, Motion to Stay Complaint.

Respectfully submitted,
Plaintiff,

By their attorneys,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Respectfully submitted,
Defendants,

By their attorneys,

/s/ John T. Walsh, Jr.
John T. Walsh, Jr., #483
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

PABOS2:FCONNEL:644030_1

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/31/06