UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,

Plaintiff,

v.

ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.

Defendants,

C.A. No. 06 297-T-LDA

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY STAY THE COMPLAINT OF AMERICAN GUARANTEE FOR DECLARATORY JUDGMENT AND BREACH OF CONTRACT UNDER FED.R.CIV.P. 26(b)(1) AND 26(b)(6)**

The plaintiff American Guarantee and Liability Insurance Company opposes the defendants' motion to dismiss or alternatively stay the complaint of American Guarantee for declaratory judgment and breach of contract under Fed. R. Civ. P. 26(b)(1) and 26(b)(6) and asks the court to deny the motion. As grounds for this opposition, the plaintiff argues that an actual controversy exists to maintain American Guaranty and Liability Insurance Company's declaratory judgment complaint. The declaratory judgment action is ripe for determination. As further grounds for its opposition, the plaintiff refers to and incorporates herein the memorandum of law and attachments filed herewith.

AMERICAN GUARANTEE and LIABILITY
INSURANCE COMPANY
By its attorneys,

/s/ Frederick E. Connelly, Jr., Esq._________

Frederick E. Connelly, Jr., Esq., #6772
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
(617) 951-2125 (fax)
fconnelly@peabodyarnold.com

Dated: September 15, 2006

CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., hereby certify that I have this 15th day of September, 2006, electronically filed the above document. The document is available for viewing and downloading from the ECF system. I have electronically served a copy of the foregoing upon the defendants through their counsel John T. Walsh, Jr., Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903 at jwalsh@hcc-law.com.

/s/ Frederick E. Connelly, Jr., Esq._________
Frederick E. Connelly, Jr.