UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br>Defendants, | C.A. No. 06 297-T-LDA |

**AFFIDAVIT OF FREDERICK E. CONNELLY**

I, Frederick E. Connelly, Jr., Esq., depose and say that:

1. I am a partner in the law firm of Peabody & Arnold LLP, with offices in Boston, MA and Providence, RI and am a member of the Rhode Island bar and the bar of the United States District Court for the District of Rhode Island. I am counsel for the plaintiff American Guarantee and Liability Insurance Company ("American Guarantee"). I am familiar with the facts stated herein and rely upon documents submitted by my client.

2. I submit this Affidavit in support of American Guarantee's opposition to defendants' motion to dismiss for lack of subject matter jurisdiction.

3. Attached hereto as Exhibit A is a true and accurate copy of a facsimile from Breed's Hill Insurance Agency, Inc. to Mary Ceko dated March 24, 2006.

4. Attached hereto as Exhibit B is a true and accurate copy of a portion of the transcript of the oral argument before the Delaware Superior Court in the matter captioned

Galindez v. Narragansett Housing Associates, L.P., et al., C.A. No. 04 C-05-73 JRJ, dated May 10, 2006.

5. Attached hereto as Exhibit C is a true and accurate copy of a letter from American Guarantee to Alternative Housing Group and Breed's Hill Insurance Agency dated March 27, 2006.

6. Attached hereto as Exhibit D is a true and accurate copy of a letter from American Guarantee to Property Advisory Group dated April 26, 2006.

7. Attached hereto as Exhibit E is a true and accurate copy of a letter from Kenneth P. Borden of Higgins, Cavanagh and Cooney, LLP to Lisa Nelson of Zurich North America dated June 8, 2006.

8. Attached hereto as Exhibit F is a true and accurate copy of a letter from Kevin J. Mahoney and Menard, Murphy & Walsh LLP to Lisa Nelson of Zurich North America dated June 9, 2006.

9. Attached hereto as Exhibit G are true and accurate copies of American Guarantee's coverage position letters to Narragansett Housing Partners, L.P. and Property Advisory Group., Inc. dated June 26, 2006.

10. Attached hereto as Exhibit H is a true and accurate copy of the Declaratory Judgment Complaint filed in the within matter captioned American Guarantee and Liability Insurance company v. Alternative Housing Group, et al., C.A. No. 06-297 T-LDA.

11. I certify that the foregoing statements made by me are true to the best of my knowledge.

Signed under the pains and penalty of perjury this 15th day of September 2006.

Frederick E. Connelly, Jr., Esq., #6772
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
(617) 951-2125 (fax)
fconnelly@peabodyarnold.com
Attorney for Plaintiff American Guarantee
& Liability Insurance Company

Dated: September 15, 2006

Notary Public Michael T. Faraci
My Commission Expires: 1/12/08