# EXHIBIT A

# BREED'S HILL INSURANCE AGENCY, INC.

FOUR 13TH STREET
THE NAVY YARD
CHARLESTOWN, MA 02129-2024

**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| TO:<br>**Mary Ceko/Claims Director** | FROM<br>**Yvonne J. DeKornic** |
| COMPANY:<br>**Zurich National** | DATE<br>**03/24/06** |
| FAX NUMBER:<br>1 847 413 5714 | TOTAL NO. OF PAGES INCLUDING COVER: 42 |
| PHONE NUMBER: 617-886-0606 | SENDER'S FAX NUMBER: 617-886-0610 |
| **Re: Alternative Housing DOL 11/13/03** | SENDER'S PHONE NUMBER:<br>**617-886-0606** |

URGENT FOR REVIEW PLEASE COMMENT PLEASE REPLY PLEASE RECYCLE

NOTES/COMMENTS:

Mary:

I called earlier and spoke to Elizabeth at your office. This is a claim that just had a surprise verdict of 3mil on the underlying policy w/ Clarendon. The reserve anticipated a loss of $100,000-200,000 for a partial finger loss

I am attaching a copy of all the information I have in my file. This claim was initially reported to Admiral Insurance (he insured previous carrier)in error and we were not aware of the claim until 6/04 when a default summons and complaint was sent on to us.

The contact for this claim at Clarendon – North American Risk (TPA) is Ada dela Cruz she can be reached at 800-315 6090 X 1237.

If I can be of further assistance please let me know.

Thank you

Regards,

Yvonne J. DeKornic
yvonne@breedshill.net