# EXHIBIT C

ZURICH

Zurich North America
Specialty Claims

P.O Box 66975
Chicago, IL
60666-0975

Telephone (847) 605-6000
Fax (847) 413-5714
http://www.zurichna.com

March 27, 2006

Via Airborne Express
Mr. Greg Jenner
Alternative Housing Group
c/o Consolidated Resources
One Harry Street
Cranston, RI 02907

Via facsimile (617) 886-0610
Ms. Yvonne DeKornic
Breed's Hill Insurance Agency
Four 13th Street, The Navy Yard
Charlestown, MA 02129

| | | |
|---|---|---|
| RE: | Our Claim #: | 9420075362-001 |
| | Policy #: | 3634609 |
| | Insured: | RRA--Alternative Housing Group |
| | Claimant: | Miguel Galindez |
| | Date of Loss: | 11/13/03 |
| | Location: | 1201 Kingston Building, Newark, DE 19702 |

Dear Ms. Rimel and Ms. DeKornic:

Notice of the above-captioned claim was provided to American Guarantee and Liability Insurance Company under Commercial Umbrella policy number AUC 3634609-01, issued to RRA--Alternative Housing Group. The initial notice of claim advised that a trial of the above-captioned claim resulted in the return of jury verdict of $3,000,000 in favor of the claimant, and against the putative insured. We do not have information on the date on which the jury verdict was returned. We accept notice of this occurrence with a full reservation of, and without prejudice to, any and all rights American Guarantee may have under the above-identified policy.

American Guarantee & Liability Insurance Company hereby specifically reserves the right to seek a declaration of its rights and duties under the Policy regarding defense and indemnity. Please be advised that American Guarantee & Liability Insurance Company specifically reserves its rights with respect to the provisions described in more detail below, but does so without limiting its right to assert additional grounds for reservation of rights, should those later become apparent.

The following Policy provisions outline your company's duties pursuant to the Policy:

THE AMERICAN GUARANTEE POLICY:

Please refer to **Section VI.** – CONDITIONS of the American Guarantee Policy which provides in relevant part as follows:

A. The following Conditions are applicable to both **Coverage A** and **Coverage B**.

* * *

10. **Notice of Occurrence, Claim Or Suit**

a. You must see to it that we or our authorized representative are notified as soon as practicable of an **occurrence** which may result in damages covered by this policy. To the extent possible, notice will include:

(1) How, when, and where the **occurrence** took place;

(2) The names and addresses of any injured person or witnesses; and

(3) The nature and location of any injury or damage arising out of the **occurrence**.

b. If a **claim** or **suit** against any insured is reasonably likely to involve this policy, you must notify us in writing as soon as practicable.

c. You an any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the **claim** or **suit**.

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, adjustment, settlement or defense of the claim or **suit**; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the **insured** because of injury or damage to which this policy may also apply.

**d.** The insureds will not, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than first aid, without our consent.

* * *

American Guarantee and Liability Insurance Company is prepared to and will honor its obligations under the Policy. American Guarantee and Liability Insurance Company is merely reserving its right to seek a declaration of the scope of those obligations. Of course, if a need to address other issues arises in the future, then American Guarantee and Liability Insurance Company reserves the right to do so at that time.

In order to facilitate our review of this matter and the applicable coverage, we ask that you provide us with the following: (1) a copy of the Certificate of Insurance issued to the named insured under the Residential Resource Associates, Inc. Umbrella policy; (2) a copy of the controlling underlying policy; and (3) any correspondence from the underlying carrier setting forth its coverage position with respect to this claim.

In conclusion, we recognize that this is a complex matter, and that despite our ongoing reasonable investigation, we may not be aware of all facts or documentation at your disposal. Accordingly, if you have knowledge of additional facts or information that would affect our position concerning coverage, then please feel free to provide the additional information or documentation to the undersigned, and it will be duly considered.

Sincerely,
American Guarantee and Liability Insurance Company

Lisa Nelson
CLAIM CASE MANAGER
(847) 413-5063