# EXHIBIT D

ZURICH

**FOR IMMEDIATE DELIVERY**

April 26, 2006

Via facsimile (401) 453-3223
Mr. Greg Jenner
Ms. Linda Bentz
Property Advisory Group, Inc.
4 Cathedral Square, Suite 1G
Providence, RI 02903

Zurich North America
Specialty Claims

P.O. Box 66975
Chicago, IL
60666-0975

Telephone (847) 605-6000
Fax (847) 413-5714
http://www.zurichna.com

RE: Our Claim #: 9420075362-001
Policy #: 3634609
Insured: RRA-Alternative Housing Group
Claimant: Miguel Galindez
Date of Loss: 11/13/03
Location: Delaware

Dear Mr. Jenner and Ms. Bentz:

As you know, American Guarantee and Liability Insurance Company is an Umbrella carrier for RRA-Alternative Housing Group. American Guarantee and Liability Insurance Company was placed on notice of this claim after a jury returned a verdict in favor of Plaintiff. In order to facilitate our review of coverage with respect to this claim, we have asked Property Advisory Group to advise us as to whether Property Advisory Group has placed its own insurers on notice of the above claim. We once again reiterate our request. Time is of the essence; please respond as soon as possible. Additionally, please provide the undersigned with copies of Property Advisory Group's own primary general liability and Umbrella/Excess insurance policies as soon as possible. In the event that your insurers have addressed coverage for this claim, we also ask that you provide us with copies of any correspondence setting forth your insurers' coverage position.

We require these materials to make a complete and accurate coverage determination with respect to our policy. As we have not yet been able to complete our review of coverage, we must hereby reserve all rights under the policy and at law at this juncture.

Sincerely,
American Guarantee and Liability Insurance Company
*Lisa Nelson*
Lisa Nelson
CLAIM CASE MANAGER
(847) 413-5063

Enclosure