UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,

Plaintiff,

v.

C.A. No. 06-297-T-LDA

ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.

Defendants.

**MOTION OF THE DEFENDANTS PROPERTY ADVISORY GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P. AND ALTERNATIVE HOUSING GROUP TO DISMISS, OR ALTERNATIVELY, STAY THE COMPLAINT OF AMERICAN GUARANTEE FOR DECLARATORY JUDGMENT AND BREACH OF CONTRACT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the defendants hereby move this honorable Court to dismiss the complaint of American Guarantee and Liability Insurance Company ("American"), or in the alternative stay this action pending the decision of the Delaware state court on defendants' motion for new trial and subsequent appellate review. In support of this motion, the defendants further state:

1. This Court lacks subject matter jurisdiction over American's complaint for declaratory judgment.

2. The allegations contained in American's complaint are not ripe for review.

3. American faces no direct or immediate harm for which the Court may grant relief.

The grounds for this Motion are more fully set forth in the accompanying memorandum of law.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
10/25/06

Property Advisory Group,
Narragansett Housing Partners, L.P.,
Narragansett Housing Associates, L.P.,
Alternative Housing Group
By Their Attorney

/S/ John T. Walsh, Jr. #483
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Telephone: (401) 272-3500
Fax: (401) 273-8780
Email: jwalsh@hcc-law.com