UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br>Defendants, | C.A. No. 06 297-T-LDA |

**CERTIFICATE OF SERVICE FOR AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S ANSWER TO COUNTERCLAIM OF ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P. AND NARRAGANSETT HOUSING ASSOCIATES, L.P.**

I, Frederick E. Connelly, Jr., hereby certify that I have this 27th day of November, 2006, electronically filed the above document. The document is available for viewing and downloading from the ECF system. I have electronically served a copy of the foregoing upon the defendants through their counsel John T. Walsh, Jr., Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903 at jwalsh@hcc-law.com and to Adam M. Smith, Esq., Coughlin Duffy LLP, 350 Mt. Kemble Avenue, Morristown, NJ 07962 at asmith@coughlinduffy.com and by first class mail to Kevin G. Mahoney, Esq., Menard, Murphy & Walsh, LLP, 60 State Street, Boston, MA 02109.

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY
By its attorneys,

/s/ Frederick E. Connelly, Jr., Esq.________

Frederick E. Connelly, Jr., Esq., #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100 (Telephone)
617-951-2125 (Fax)
fconnelly@peabodyarnold.com

PABOS2:FCONNEL:650368_1
15021-91975