UNITED STATES DISTRICT COURT
District of Rhode Island

AMERICAN GUARANTEE and
LIABILITY INSURANCE COMPANY

VS. C.A. No. 06-297

ALTERNATIVE HOUSING GROUP
PROPERTY ADVISORY GROUP, Inc.
NARRAGANSET HOUSING ASSOCIATES, LP and
NARRAGANSET HOUSING PARTNERS, LP

## ENTRY OF APPEARANCE

Attorney James T. McCormick hereby enters his appearance on behalf of the Defendants Alternative Housing Group, Narraganset Housing Associates L.P., Narragansett Housing Partners, L.P., in this matter.

Defendants,
Alternative Housing Group,
Narragansett Housing Partners, LP
Narragansett Housing Associates, LP
By their Attorney

/s/ James T. McCormick
James T. McCormick (#2614)
McKenna & McCormick
128 Dorracnce Street Ste 330
Providence, RI 02903
Telephone: (401) 831-2970
Fax: (401) 751-1797
mclaw@choiceonemail.com

## CERTIFICATION

I hereby certify that a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Frederick E. Connelly, Jr.
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
fconnelly@peabodyarnold.com

Kevin T. Coughlin, Esq.
Coughlin Duffy, LLP
350 Mt. Kemble Avenue
Morristown, NJ 07962
kcoughlin@coughlinduffy.com

Adam M. Smith, Esq.
Coughlin Duffy, LLP
350 Mt. Kemble Avenue
Morristown, NJ 07962
asmith@coughlinduffy.com

Kevin G. Mahoney, Esq.
Menard, Murphy & Walsh, LLP
60 State Street
Boston, MA 02109
Mahoney@mmwlaw.com

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
mw@wistbar.com

John T. Walsh, Jr.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 029093
jwalsh@hcc-law.com

/s/ James T. McCormick