UNITED STATES DISTRICT COURT
District of Rhode Island

AMERICAN GUARANTEE and
LIABLITY INSURANCE COMPANY

Vs. C. A. No.: 06-297

ALTERNATIVE HOUSING GROUP, ET AL

**STIPULATION**

We hereby withdraw our appearance on behalf of Narragansett Housing Partners, LP, Narragansett Housing Associates, LP and Alternative Housing Group in the above-captioned matter.

Narragansett Housing Partners, LP,
Narragansett Housing Associates,
LP and Alternative Housing Group
By Their Attorney

/s/ John T. Walsh, Jr.
John T. Walsh, Jr. #0483
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Telephone: (401) 272-3500
Fax: (401) 273-8780
Email: jwalsh@hcc-law.com

CERTIFICATION

I hereby certify that a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Frederick E. Connelly, Jr.
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
fconnelly@peabodyarnold.com

Kevin T. Coughlin, Esq.
Coughlin Duffy, LLP
350 Mt. Kemble Avenue
Morristown, NJ 07962
kcoughlin@coughlinduffy.com

Adam M. Smith, Esq.
Coughlin Duffy, LLP
350 Mt. Kemble Avenue
Morristown, NJ 07962
asmith@coughlinduffy.com

Kevin G. Mahoney, Esq.
Menard, Murphy & Walsh, LLP
60 State Street
Boston, MA 02109
Mahoney@mmwlaw.com

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
mw@wistbar.com

James J. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street
Providence, RI 02903
mclaw@choiceonemail.com

/s/ John T. Walsh, Jr.