UNITED STATES DISTRICT COURT
District of Rhode Island

AMERICAN GUARANTEE and
LIABLITY INSURANCE COMPANY

Vs. C. A. No.: 06-297

ALTERNATIVE HOUSING GROUP, ET AL

**STIPULATION**

Kevin G. Mahoney and Menard, Murphy & Walsh LLP, hereby stipulate that we were never hired by Property Advisory Group, Inc. ("PAG") to represent them in this case, and any entry of our appearance on behalf of PAG was an error, and would request that the Court remove us as counsel for PAG.

Max Wistow and Wistow & Barylick have appeared for, and continue to represent, PAG.

Kevin G. Mahoney and Menard, Murphy & Walsh LLP will continue to serve as *pro hace vice* counsel for Alternative Housing Group, Narragansett Housing Partners, L.P. and Narragansett Housing Associates, L.P.

Alternative Housing Group,
Narragansett Housing Partners, L.P.,
and Narragansett Housing Associates,
L.P.,
By its *Pro Hace Vice* Attorney,

/s/ Kevin G. Mahoney .

Kevin G. Mahoney, BBO#564653
Menard, Murphy & Walsh LLP
60 State Street
Boston, MA 02109
Tel: 617-832-2500
Fax: 617-832-2550

Alternative Housing Group,
Narragansett Housing Partners, L.P.,
and Narragansett Housing Associates,
L.P.,
By its Attorney,

/s/ James T. McCormick .

James T. McCormick,
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
Tel: 401-831-2970
Fax: 401-751-1797

Property Advisory Group, Inc.,
By its Attorney,

/s/ Max Wistow .

Max Wistow #
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903
Tel: 401-831-2700
Fax: 401-272-9752

Certification

I hereby certify that on the 1st day of February, 2007, a copy of the within document was hand delivered to Frederick E. Connelly, Jr., Esq., Peabody & Arnold, LLP, 30 Rowes Wharf, Boston, MA 02110, Adam Smith, Esq., Coughlin Duffy, LLP, 350 Mount Kemble Avenue, Morristown, NJ 07962, and Max Wistow, Esq., Wistow & Barylick Incorporated, 61 Weybosset Street, Providence, RI 02903.

/s/ James T. McCormick .

James T. McCormick,
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
Tel: 401-831-2970
Fax: 401-751-1797

Narragansett/Pleadings/Stipulation.doc