UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY, | : | |
| | : | |
| v. | : | C.A. NO. 06-297 |
| | : | |
| ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P and PROPERTY ADVISORY GROUP, INC. | : | |

**STIPULATION**

Defendant Property Advisory Group, Inc. may have up to and including April 15, 2007 to respond to Plaintiff's Interrogatories and Request for Production.

Property Advisory Group, Inc.
By their Attorney,

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (Facsimile)
mw@wistbar.com

American Guarantee and Liability Insurance Company,
By their Attorney,

/s/Adam Smith
Adam Smith, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Avenue
Morristown, NJ 02963
(973) 267-0058
(973) 267-6442 (Facsimile)
asmith@coughlinduffy.com

**CERTIFICATION**

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 15th day of March, 2007 to the following:

Frederick E. Connelly, Jr.
fconnelly@peabodyarnold.com

Adam M. Smith, Esq.
Kevin T. Coughlin, Esq.
asmith@coughlinduffy.com
kcoughlin@coughlinduffy.com

Kevin G. Mahoney, Esq.
Mahoney@mmwlaw.com

James T. McCormick, Esq.
mclaw@choiceonemail.com

/s/Max Wistow

Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com