UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br><br>Defendants. | Civil Action No. CA 06 297-T-LDA |

**PLAINTIFF, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Rules 7 and 56 of the Local Rules of the U.S. District Court, the plaintiff hereby moves this honorable Court to grant it partial summary judgment by entering an order declaring that the plaintiff has no obligation to fund or furnish any and all supersedeas bonds needed to secure the judgment against the defendants in the underlying litigation. In the alternative, the plaintiff seeks an order declaring that if the plaintiff was under any obligation to the defendants with respect to the bond, that obligation is limited to funding only the premium required to bond $2 million of the $3 million compensatory damages owed and not the bond itself.

In support of this motion, the plaintiff further states that: a) it has no obligation under the subject insurance policy to furnish a bond; b) it has a good faith basis for disclaiming coverage due to the defendants' untimely notice to plaintiff; and c) under

Rhode Island Law punitive damages are not insurable and thus plaintiff has no obligation to furnish any portion of the supersedeas bond related to the $10 million punitive damages award.

The grounds for this Motion are more fully set forth in the accompanying memorandum of law.

COUGHLIN DUFFY LLP
Attorneys for Plaintiff,
American Guarantee & Liability
Insurance Company
By: */s/ Adam M. Smith*
Adam M. Smith

PEABODY & ARNOLD, LLP
Attorneys for Plaintiff,
American Guarantee & Liability
Insurance Company
By: */s/ Frederick E. Connelly, Jr.*
Frederick E. Connelly, Jr.

PABOS2:FCONNEL:658480_1
15021-91975