a. American Guarantee has no duty to indemnify AHG for the Underlying Litigation; and

b. Any other further and different relief in the declarations of rights and legal obligations of the parties to this action which the Court may deem just, proper and equitable.

**COUNT TWO**
**(Declaratory Judgment as to Narragansett Housing Partners, L.P.)**

56. American Guarantee repeats and realleges all allegations of the Complaint as if set forth at length herein.

57. American Guarantee is entitled to a declaration that it has no duty to indemnify Narragansett Housing Partners, L.P. with respect to the Underlying Litigation based upon the terms and conditions of the American Guarantee Policy and applicable law.

58. American Guarantee is entitled to a declaration that it has no duty to indemnify, settle or satisfy any amount or judgment that Narragansett Housing Partners, L.P. becomes obligated to pay as a result of the Underlying Litigation.

59. By reason of the foregoing, an actual and justiciable controversy exists between American Guarantee and Narragansett Housing Partners, L.P., and American Guarantee therefore seeks a declaratory judgment that it owes no duty to indemnify Narragansett Housing Partners, L.P. for the Underlying Litigation under the American Guarantee Policy or any other policies of insurance issued by American Guarantee.

WHEREFORE, American Guarantee seeks judgment in its favor declaring that:

a. American Guarantee has no duty to indemnify Narragansett Housing Partners, L.P. for the Underlying Litigation; and

b. Any other further and different relief in the declarations of rights and legal obligations of the parties to this action which the Court may deem just, proper and equitable.

**COUNT THREE**
**(Declaratory Judgment as to Narragansett Housing Associates, L.P.)**

60. American Guarantee repeats and realleges all allegations of the Complaint as if set forth at length herein.

61. American Guarantee is entitled to a declaration that it has no duty to indemnify Narragansett Housing Associates, L.P. with respect to the Underlying Litigation as it is not an insured under the American Guarantee Policy.

62. In the alternative, American Guarantee is entitled to a declaration that it has no duty to indemnify Narragansett Housing Associates, L.P. with respect to the Underlying Litigation based upon the terms and conditions of the American Guarantee Policy and applicable law.

63. American Guarantee is entitled to a declaration that it has no duty to indemnify, settle or satisfy any amount or judgment that Narragansett Housing Associates, L.P. becomes obligated to pay as a result of the Underlying Litigation.

64. By reason of the foregoing, an actual and justiciable controversy exists between American Guarantee and Narragansett Housing Associates, L.P., and American Guarantee therefore seeks a declaratory judgment that it owes no duty to indemnify Narragansett Housing Associates, L.P. for the Underlying Litigation under the American Guarantee Policy or any other policies of insurance issued by American Guarantee.

WHEREFORE, American Guarantee seeks judgment in its favor declaring that:

c. American Guarantee has no duty to indemnify Narragansett Housing Associates, L.P. for the Underlying Litigation; and

d. Any other further and different relief in the declarations of rights and legal obligations of the parties to this action which the Court may deem just, proper and equitable.

**<u>COUNT FOUR</u>**
**(Declaratory Judgment as to PAG)**

65. American Guarantee repeats and realleges all allegations of the Complaint as if set forth at length herein.

66. American Guarantee is entitled to a declaration that it has no duty to indemnify PAG with respect to the Underlying Litigation as it is not an insured under the American Guarantee Policy.

67. American Guarantee is entitled to a declaration that it has no duty to indemnify PAG with respect to the Underlying Litigation based upon the terms and conditions of the American Guarantee Policy and applicable law.

68. American Guarantee is entitled to a declaration that it has no duty to indemnify, settle or satisfy any amount or judgment that PAG becomes obligated to pay as a result of the Underlying Litigation.

69. By reason of the foregoing, an actual and justiciable controversy exists between American Guarantee and PAG, and American Guarantee therefore seeks a declaratory judgment that it owes no duty to indemnify PAG for the Underlying Litigation under the American Guarantee Policy or any other policies of insurance issued by American Guarantee.

WHEREFORE, American Guarantee seeks judgment in its favor declaring that:

A. American Guarantee has no duty to indemnify PAG for the Underlying Litigation; and

B. Any other further and different relief in the declarations of rights and legal obligations of the parties to this action which the Court may deem just, proper and equitable.

**COUNT FIVE**
**(Breach of Contract as to AHG)**

70. American Guarantee repeats and realleges all allegations of the Complaint as if set forth at length herein.

71. AHG has materially breached its contractual obligations owed to American Guarantee under the American Guarantee Policy.

72. As a result of AHG's material breach, American Guarantee has been damaged.

WHEREFORE, American Guarantee seeks judgment in its favor declaring that:

A. American Guarantee has no duty to indemnify AHG for the Underlying Litigation; and

B. Any other further and different relief in the declarations of rights and legal obligations of the parties to this action which the Court may deem just, proper and equitable.

**COUNT SIX**
**(Breach of Contract as to Narragansett Housing Partners, L.P.)**

73. American Guarantee repeats and realleges all allegations of the Complaint as if set forth at length herein.

74. Narragansett Housing Partners, L.P. has materially breached its contractual obligations owed to American Guarantee under the American Guarantee Policy.

75. As a result of Narragansett Housing Partners, L.P.'s material breach, American Guarantee has been damaged.

WHEREFORE, American Guarantee seeks judgment in its favor declaring that:

A. American Guarantee has no duty to indemnify Narragansett Housing Partners, L.P. for the Underlying Litigation; and

B. Any other further and different relief in the declarations of rights and legal obligations of the parties to this action which the Court may deem just, proper and equitable.

**COUNT SEVEN**
**(Breach of Contract as to Narragansett Housing Associates, L.P.)**

76. American Guarantee repeats and realleges all allegations of the Complaint as if set forth at length herein.

77. Narragansett Housing Associates, L.P. has materially breached its contractual obligations owed to American Guarantee under the American Guarantee Policy.

78. As a result of Narragansett Housing Associates, L.P.'s material breach, American Guarantee has been damaged.

WHEREFORE, American Guarantee seeks judgment in its favor declaring that:

A. American Guarantee has no duty to indemnify Narragansett Housing Associates, L.P. for the Underlying Litigation; and

B. Any other further and different relief in the declarations of rights and legal obligations of the parties to this action which the Court may deem just, proper and equitable.

**COUNT EIGHT**
**(Breach of Contract as to PAG)**

79. American Guarantee repeats and realleges all allegations of the Complaint as if set forth at length herein.

80. PAG has materially breached its contractual obligations owed to American Guarantee under the American Guarantee Policy.

81. As a result of PAG's material breach, American Guarantee has been damaged.

WHEREFORE, American Guarantee seeks judgment in its favor declaring that:

A. American Guarantee has no duty to indemnify PAG for the Underlying Litigation; and

B. Any other further and different relief in the declarations of rights and legal obligations of the parties to this action which the Court may deem just, proper and equitable.

**DEMAND FOR TRIAL BY JURY**

Plaintiff, American Guarantee and Liability Insurance Company, hereby demands a trial by jury on all issues.

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY
By its attorneys,

Frederick E. Connelly, Jr., Esq., #6772
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
(617) 951-2125 (fax)
fconnelly@peabodyarnold.com

DATED: June 27, 2006