POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 04 31 09 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS – LIMITED COVERAGE OPTIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULES**

**SCHEDULE A – COVERAGES TO BE PROVIDED**
**(SUBJECT TO THE DESCRIPTION IN SCHEDULE B)**

Check any one or more of the following:

☐ Bodily Injury
☐ Property Damage
☐ Personal and Advertising Injury

**SCHEDULE B – DESCRIPTION OF LOCATION, OPERATIONS, PRODUCTS OR SERVICES TO BE COVERED**
**(TO WHICH SCHEDULE A APPLIES)**

Description of location(s), operation(s), product(s) or service(s) ______________________

**SCHEDULE C – PREMIUM**

Premium $ ____________, if any.

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage" or "personal injury" and "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:


Copyright, Insurance Services Office, Inc., 1998

a. Any actual or alleged failure, malfunction or inadequacy of:

(1) Any of the following, whether belonging to any insured or to others:

(a) Computer hardware, including microprocessors;

(b) Computer application software;

(c) Computer operating systems and related software;

(d) Computer networks;

(e) Microprocessors (computer chips) not part of any computer system; or

(f) Any other computerized or electronic equipment or components; or

(2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

This exclusion does not apply to the types of injury or damage indicated in Schedule **A** – Coverages To Be Provided of this endorsement arising out of any operations, products or services, or any operations or services at or from any specific location, described in Schedule **B** – Description Of Location, Operations, Products Or Services To Be Covered of this endorsement.

 Copyright, Insurance Services Office, Inc., 1998 

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 21 44 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Premises:** |
| **Project:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or
2. The project shown in the Schedule.

 Copyright, Insurance Services Office, Inc., 1997 

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 21 00 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Description And Location Of Premises: |
| --- |
| |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to Paragraph 2., **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph 2., **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule or any property located on these premises;
2. Operations on those premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of those premises; or
3. Goods or products manufactured at or distributed from those premises.

 Copyright, Insurance Services Office, Inc., 1997 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM (WITH LIMITED EXCEPTION) AND EXCLUSION OF WAR AND MILITARY ACTION

This endorsement modifies insurance provided under the following:

COMMERCIAL OUTPUT PROGRAM

**A.** The War And Military Action Exclusion is replaced by the following Exclusion. With respect to any Coverage Form to which the War And Military Action Exclusion does not apply, that Exclusion is hereby added as follows.

**WAR AND MILITARY ACTION EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. War, including undeclared or civil war; or
2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

**B.** Regardless of the amount of damage and losses, the Terrorism Exclusion applies to any incident of terrorism:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or
2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
3. In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

Except as provided in B.1., B.2. or B.3. above, the Terrorism Exclusion will only apply to an incident of terrorism in which the total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of terrorism which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident.

The preceding paragraph describes the threshold used to measure the magnitude of an incident of terrorism and the circumstances in which the threshold will apply, for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of terrorism, there is no coverage under this Coverage Part or Standard Property Policy.



© ISO Properties, Inc., 2001

In the event of any incident of terrorism that is not subject to the Terrorism Exclusion, coverage does not apply to any element of loss or damage that is otherwise excluded under this Coverage Part or Standard Property Policy.

**TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But if terrorism results in fire, we will pay for the loss or damage caused by that fire. However, this exception for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

The most we will pay for loss caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism, is $5,000,000 per incident. This sublimit applies whether or not the $25 000,000 threshold is exceeded and whether or not the loss is caused by fire resulting from terrorism. This paragraph (3) does not provide any additional coverage; it provides a limit to the amount of coverage that may be allowed under the terms and conditions of form no. BH 09 40.

Terrorism means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:
   a. Use or threat of force or violence; or
   b. Commission or threat of a dangerous act; or
   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and
2. When one or both of the following applies:
   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or
   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

But with respect to any such activity that also comes within the terms of the War And Military Action Exclusion, that exclusion supersedes this Terrorism Exclusion.

In the event of an incident of terrorism that involves nuclear reaction or radiation, or radioactive contamination, this Terrorism Exclusion supersedes the Nuclear Hazard Exclusion.

 © ISO Properties, Inc., 2001 

Policy Change Number 1

This endorsement forms a part of the following policy:

Named Insured__________________________________

Policy Number__________________________________

**Asbestos Exclusion**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the Commercial General Liability coverage part.

This insurance does not apply to:

1. "Bodily Injury", "personal Injury", or "Property Damage" arising out of or alleged to have arisen out of:

    a) exposure to asbestos, asbestos fiber, or any material containing asbestos or asbestos products; or
    b) the removal of asbestos, asbestos fiber, or any material containing asbestos or asbestos products, including without limitation,
        1. the costs of asbestos removal; or
        2. "property damage" in the course of effecting such removal.

We shall not be obligated to investigate, or defend the insured against any claim for any liability described above which is asserted against any insured or to pay any judgement entered against any insured for such liability.

Policy Change Number 2

This endorsement forms a part of the following policy:

Named Insured_______________________________________

Policy Number_______________________________________

**Notice of Occurrence – Compensation Claims**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the Commercial General Liability coverage part.

It is agreed that where the insured reports the occurrence of an accident to the carrier insuring their workers compensation which later develops into a liability claim, coverage for which is provided by this policy, failure to report such occurrence to this company at the time of the occurrence shall not be deemed in violation of section IV – COMMERCIAL GENERAL LIABILITY CONDITIONS – paragraph 2, DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT, upon the distinct understanding and agreement, however, that the insured just as soon as they are definitely made aware of the fact that the particular occurrence is a liability case rather than a compensation case, shall give immediate notice to this company.

Policy Change Number 3

This endorsement forms a part of the following policy:

Named Insured ________________________________________

Policy Number ________________________________________

**Unintentional Errors and Omissions**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the Commercial General Liability coverage part.

It is agreed that failure of the named insured to disclose all hazards existing at the inception of the policy shall not prejudice the insured with respect to the coverage afforded by this policy, provided such failure or omission is not intentional, and the insured provides immediate notification of the failure or omission to the company.

Policy Change Number 4

This endorsement forms a part of the following policy:

Named Insured ______________________

Policy Number ______________________

**Knowledge of Occurrence**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the Commercial General Liability coverage part.

It is agreed that knowledge of an occurrence by the agent, servant or employee of the insured shall not by itself constitute knowledge of the insured, unless an executive officer of the insured's corporation shall have received such notice from its agents, servants or employees.

Policy Change Number 5

This endorsement forms a part of the following policy:

Named Insured ______________________________

Policy Number ______________________________

**Notice of Cancellation, Non-renewal or Material Change**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the Commercial General Liability coverage part.

It is agreed that the company will not cancel, non-renew or materially change the insurance afforded by this policy until at least 90 (ninety) days written notice has been mailed to the named insured, except in the event of non-payment of premium, for which 15 (fifteen) days written notice shall be mailed to the named insured.

Policy Change Number 6

This endorsement forms a part of the following policy:

Named Insured______________________________

Policy Number______________________________

**Exclusion – Liability Arising out of Lead**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

This endorsement modifies insurance provided under the Commercial General Liability coverage part.

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of, resulting from, or in any way caused or contributed to by the actual, alleged or threatened ingestion, inhalation, absorption of, exposure to or presence of lead in any form emanating from any source, or
2. Any loss, cost or expense arising out of, resulting from or in any way related to any:
   a. claim, suit, request, demand, directive or order by or on behalf of any person, entity, or governmental authority that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of lead in any form, or to any
   b. claim or suit by or on behalf of any person, entity, or governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating or detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead in any form.

We shall not be obligated to investigate, defend or indemnify any "insured" or any person or entity claiming any right under the policy for matters excluded in this endorsement.