**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONNECTICUT CHANGES – TOWNHOUSES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. WHO IS AN INSURED (Section II) is amended to include as an insured:

1. The developer in the developer's capacity as a townhouse unit-owner, but only with respect to the developer's liability arising out of:

   a. The ownership, maintenance, repair or use of that portion of the real property which is not owned solely by the developer; or

   b. The developer's membership in the townhouse association.

   However, the insurance afforded with respect to the developer does not apply to liability for acts or omissions as a developer.

2. Each individual townhouse unit-owner, but only with respect to liability arising out of the townhouse unit-owner's membership in the townhouse association or the ownership, maintenance, repair or use of that portion of the real property which is not owned solely by the townhouse unit-owner.

B. Paragraph a. of the OTHER INSURANCE Condition (Section IV – Commercial General Liability Conditions) is replaced by the following:

   a. Primary Insurance

   This insurance is primary over any other insurance available to the townhouse unit-owner, except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

C. The REPRESENTATIONS Condition (Section IV – Commercial General Liability Conditions) is amended by the addition of the following:

No act or omission by the townhouse unit-owner, unless acting within the scope of the townhouse unit-owner's authority on behalf of the townhouse association, will void the policy or be a condition of recovery under the policy.

D. The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section IV – Commercial General Liability Conditions) is amended by the addition of the following:

We waive any rights which this Condition may give us against:

1. Any townhouse unit-owner, including the developer, and any household members;
2. The townhouse association; and
3. Members of the board of directors for acts or omissions within the scope of their duties for you.

However, we reserve our right to recover against the developer for acts or omissions that the developer may be liable for in the capacity as a developer.

E. The WHEN WE DO NOT RENEW CONDITION (Section IV – Commercial General Liability Conditions) is replaced by the following and supersedes any other provision to the contrary:

**WHEN WE DO NOT RENEW**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations, each townhouse unit-owner and each holder of a security interest to whom we issued a certificate or memorandum of insurance, written notice of the nonrenewal not less than 60 days before the expiration date. The notices will be sent to the respective mailing addresses last known to us.

If notice is mailed, proof of mailing will be sufficient proof of notice.

F. Paragraph 2. of the CANCELLATION Common Policy Conditions is replaced by the following and supersedes any provision to the contrary:

We may cancel this policy by mailing or delivering written notice of cancellation, at least 60 days before the effective date of cancellation to the first Named Insured, each townhouse unit-owner and each holder of a security interest to whom we issued a certificate or memorandum of insurance.

 Copyright, Insurance Services Office, Inc., 1993 

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 28 57 09 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONNECTICUT CHANGES – LIQUOR LIABILITY

This endorsement modifies insurance provided under the following:

LIQUOR LIABILITY COVERAGE FORM (OCCURRENCE VERSION)

**SCHEDULE**

| | Limits Of Insurance |
|---|---|
| **Each Person Limit** | $ |
| **Each Common Cause Limit** | $ |
| **Aggregate Limit** | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. The Limits of Insurance shown in the Declarations are replaced by the limits shown in the schedule above.

B. **Section III – Limits Of Insurance** is replaced by the following:

1. The Limits of Insurance shown above and the rules below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought; or
   c. Persons or organizations making claims or bringing "suits".
2. The Aggregate Limit is the most we will pay for all "injury" as the result of the selling, serving or furnishing of alcoholic beverages.
3. Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all "injury" sustained by all persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.
4. Subject to the Each Common Cause Limit, the Each Person Limit is the most we will pay for all "injury" sustained by any one person or organization as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

 © ISO Properties, Inc., 2000  □

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONNECTICUT CHANGES – CONDOMINIUMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. WHO IS AN INSURED (Section II) is amended to include as an insured:

1. The developer in the developer's capacity as a unit-owner, but only with respect to the developer's liability arising out of:

   a. The ownership, maintenance, repair or use of that portion of the premises which is not owned solely by the developer; or

   b. The developer's membership in the condominium association.

   However, the insurance afforded with respect to the developer does not apply to liability for acts or omissions as a developer.

2. Each individual unit-owner of the insured condominium, but only with respect to liability arising out of the unit-owner's membership in the condominium association or the ownership, maintenance, repair or use of that portion of the premises which is not owned solely by the unit-owner.

B. Paragraph a. of the OTHER INSURANCE Condition (Section IV – Commercial General Liability Conditions) is replaced by the following:

   a. Primary Insurance

   This insurance is primary over any other insurance available to the unit-owner, except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

C. The REPRESENTATIONS Condition (Section IV – Commercial General Liability Conditions) is amended by the addition of the following:

No act or omission by the unit-owner, unless acting within the scope of the unit-owner's authority on behalf of the condominium association, will void the policy or be a condition of recovery under the policy.

D. The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section IV – Commercial General Liability Conditions) is amended by the addition of the following:

We waive any rights which this Condition may give us against:

1. Any unit-owner, including the developer, and any household members;
2. The condominium association; and
3. Members of the board of directors for acts or omissions within the scope of their duties for you.

However, we reserve our right to recover against the developer for acts or omissions that the developer may be liable for in the capacity as a developer.

E. The WHEN WE DO NOT RENEW CONDITION (Section IV – Commercial General Liability Conditions) is replaced by the following and supersedes any other provision to the contrary:

**WHEN WE DO NOT RENEW**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations, each unit-owner and each holder of a security interest to whom we issued a certificate or memorandum of insurance, written notice of the nonrenewal not less than 60 days before the expiration date. The notices will be sent to the respective mailing addresses last known to us.

If notice is mailed, proof of mailing will be sufficient proof of notice.

F. Paragraph 2. of the CANCELLATION Common Policy Conditions is replaced by the following and supersedes any provision to the contrary:

We may cancel this policy by mailing or delivering written notice of cancellation, at least 60 days before the effective date of cancellation to the first Named Insured, each unit-owner and each holder of a security interest to whom we issued a certificate or memorandum of insurance.

 Copyright, Insurance Services Office, Inc., 1993 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONNECTICUT CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. Cancellation of policies in effect for less than 60 days.

   If this policy has been in effect for less than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason by giving you written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. Cancellation of policies in effect for 60 days or more.

   a. If this policy has been in effect for 60 days or more or this is a renewal of a policy we issued, we may cancel this policy by giving you written notice of cancellation at least:

      (1) 10 days before the effective date of cancellation if we cancel for one or more of the following reasons:

         (a) Nonpayment of premium;

         (b) Conviction of a crime arising out of acts increasing the hazard insured against;

         (c) Discovery of fraud or material misrepresentation by you in obtaining the policy or in perfecting any claim thereunder;

         (d) Discovery of any willful or reckless act or omission by you increasing the hazard insured against; or

         (e) A determination by the Commissioner that continuation of the policy would violate or place us in violation of the law; or

      (2) 60 days before the effective date of cancellation if we cancel for one or more of the following reasons:

         (a) Physical changes in the property which increase the hazard insured against;

         (b) A material increase in the hazard insured against; or

         (c) A substantial loss of reinsurance by us affecting this particular line of insurance.

   b. We may not cancel policies in effect for 60 days or more or renewal policies for any reason other than the reasons described in Paragraph **3.a.** above.

   c. If we cancel for nonpayment of premium, you may continue the coverage and avoid the effect of the cancellation by payment in full at any time prior to the effective date of cancellation.

 Copyright, Insurance Services Office, Inc., 2000 

d. Notice of Cancellation will be delivered or sent by:

(1) Registered mail;

(2) Certified mail; or

(3) Mail evidenced by a United States Post Office certificate of mailing.

4. We will give notice to you at your last mailing address known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver to you a written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date of this policy. The notice will be sent to your address last known to us.

2. This notice will be delivered or sent by:

a. Registered mail;

b. Certified mail; or

c. Mail evidenced by a certificate of mailing.

If notice is mailed, proof of mailing is sufficient proof of notice.

3. However, we are not required to send this notice if nonrenewal is due to your failure to pay any advance premium required for renewal.

4. With respect to automobile liability insurance policies only, your policy shall terminate on the effective date of any other insurance policy you purchase with respect to any automobile designated in both policies.

 Copyright, Insurance Services Office, Inc., 2000 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RHODE ISLAND CHANGES – PREJUDGMENT INTEREST

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY – MORTGAGE HOLDER'S ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

The paragraph in the Supplementary Payments Section relating to prejudgment interest is replaced by the following:

1. Prejudgment interest awarded against you* on the entire judgment if we reject a written settlement offer by the plaintiff that is equal to or less than the applicable limit of insurance in this policy; or
2. If Paragraph 1. above does not apply, prejudgment interest awarded against you* on that part of the judgment we pay.

* For the Commercial General Liability Coverage Part, Commercial Liability Umbrella Coverage Part, Employment-Related Practices Liability Coverage Part, Farm Coverage Part, Liquor Liability Coverage Part, Owners And Contractors Protective Liability Coverage Part, Pollution Liability Coverage Part, Products/Completed Operations Liability Coverage Part, Professional Liability Coverage Part, Railroad Protective Liability Coverage Part and the Underground Storage Tank Policy the word you is replaced by the term "the insured".

 © ISO Properties, Inc., 2000  □

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RHODE ISLAND CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** With respect to the:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM – LIVESTOCK COVERAGE FORM
FARM – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM;

Paragraph **1.** of the **CANCELLATION** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by giving, mailing or delivering advance written notice of cancellation to us or to our agent who issued the policy.

**C.** With respect to all Coverage Parts and Policies addressed in this Endorsement, the **CANCELLATION** Common Policy Condition is amended by replacing Paragraphs **2.**, **3.**, **5.** and **6.** with the following:

**2.** We may cancel this policy by giving, mailing or delivering to the first Named Insured and agent, if any, written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

If this policy has been in effect for 60 days or more, or if this is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**c.** Activities or omissions on your part which increase any hazard insured against, including a failure to comply with loss control recommendations;

**d.** Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to regulation, legislation, or court decision;

**e.** Loss or decrease of our reinsurance covering all or part of the risk or exposure covered by the policy;

**f.** Determination by the Commissioner of Insurance that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of this state;

 © ISO Properties, Inc., 2001 

g. Owner or occupant incendiarism;

h. Violation or breach by you of any policy terms or conditions;

i. Constructive or actual total loss of the Covered Property;

j. Such other reasons as may be approved by the Commissioner of Insurance.

3. We will give, mail or deliver written notice to the first Named Insured at the last address known to us, and to the agent, if any.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, if this policy is financed under a premium finance agreement and we cancel at the request of the premium finance company upon default of the first Named Insured, the refund will be pro rata.

The cancellation will be effective even if we have not made or offered a refund.

6. Proof of giving, mailing or delivering notice of cancellation will be sufficient proof of notice.

D. With respect to all Coverage Parts and Policies addressed in this Endorsement, the following is added to the **CANCELLATION** Common Policy Condition:

7. We will provide you with the reason or reasons for cancellation if:

a. You request in writing a statement of the reasons for cancellation; and

b. You agree in writing to hold us harmless from liability for any:

(1) Communication giving notice of, or specifying the reasons for, cancellation; or

(2) Statement made in connection with an attempt to discover or verify the existence of conditions which would be a reason for cancellation as provided under Paragraph **C.2.** above.

E. With respect to all Coverage Parts and Policies addressed in this Endorsement, the following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we elect not to renew this policy, we will give, mail or deliver to the first Named Insured and agent, if any, written notice of nonrenewal at least 30 days before:

a. The expiration date of the policy; or

b. An anniversary date of the policy, if the policy is written for a term longer than one year or with no fixed expiration date.

2. However, we need not give, mail or deliver this notice if:

a. We have offered to issue a renewal policy; or

b. The first Named Insured has obtained, or has agreed in writing to obtain, replacement coverage.

F. With respect to the:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM – LIVESTOCK COVERAGE FORM
FARM – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM;

The following are added to the Common Policy Conditions:

If notice of cancellation or nonrenewal is mailed to the insured, we will use certified mail, return receipt requested. We will also obtain a written receipt from the United States Postal Service, showing the name and address of the first Named Insured stated in the policy; this receipt will be sufficient proof of notice. If we do not receive a return receipt within 10 days, we shall forward the notice of cancellation or nonrenewal by first class mail and maintain proof of mailing. This proof of mailing will be sufficient proof of notice.

We will also give, mail or deliver written notice of cancellation, subject to **C.2.** above, and written notice of nonrenewal, subject to **E.1.** above, to any loss payee named in the policy. Mailing will be accomplished in accordance with the procedure stated in the above paragraph.

 © ISO Properties, Inc., 2001 

G. Under the **MORTGAGE HOLDERS** Condition, the paragraphs pertaining to cancellation and nonrenewal are replaced by the following:

1. If we cancel this policy, we will give, mail or deliver written notice to the mortgage holder at least:
   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
2. If we do not renew this policy, we will give, mail or deliver written notice to the mortgage holder at least 10 days before:
   a. The expiration date of the policy; or
   b. An anniversary date of the policy, if the policy is written for a term longer than one year or with no fixed expiration date.
3. If notice of cancellation or nonrenewal is mailed, we will use certified mail, return receipt requested. We will also obtain a written receipt from the United States Postal Service, showing the name and address of the mortgage holder stated in the policy; this receipt will be sufficient proof of notice. If we do not receive a return receipt within 10 days, we shall forward the notice of cancellation or nonrenewal by first class mail and maintain proof of mailing. This proof of mailing will be sufficient proof of notice.


© ISO Properties, Inc., 2001

# ENDORSEMENT

**Not Valid Unless Signed By A Duly Authorized Representative Of The Company**

Company:
CLARENDON NATIONAL INSURANCE COMPANY

Agent:
BREED'S HILL INSURANCE AGENCY, INC.

Place of issue
BOSTON, MA

Date of Issue
11/20/2003

| Endorsement effective (standard time) | Month / Day / Year | Amending policy no. |
|---|---|---|
| Hour 12:01 A. M. | 9/17/2003 | Clarendon National Ins., Co. / BHL 241500 |

Issued to:
Alternative Housing Group

| State code | Agent Code | Agent name |
|---|---|---|
| | 094010000 | Breed's Hill Insurance Agency, Inc. |

The above information is not required when this endorsement is issued with the policy.

This endorsement is subject to all the agreements, conditions, and exclusions of the policy. The policy is amended as indicated by typewritten below.

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $4,536.00, IT IS HEREBY AGREED THAT THE FOLLOWING LOCATION IS ADDED TO THIS POLICY:

1201 Kingstown, Bldg., Freedom Rd., Newark, DE 09702

ADDITIONAL INSURED:

Narragansett Housing Partners, L.P. Donald Goodrich, GP
Delaware State Housing Authority
18 The Green
Dover, DE 19901

<u>ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.</u>

| Additional premium | Return premium |
|---|---|
| $4,536.00 | $0.00 |

Signature of Authorized Representative