SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

(302) 888-0600
FAX: (302) 888-0606

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. MCGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7603
Writer's E-Mail Address: jgreen@svglaw.com
www.lawyers.com/svglaw

December 8, 2006

*Via Overnight Mail & Facsimile (973-267-6442)*

Adam M. Smith, Esq.
Coughlin Duffy LLP
350 Mount Kemble Avenue
Morristown, NJ 07962-1917

RE: *Miguel Galindez vs. Narragansett Housing Associates, LP, et. al.*
*C.A. No. #04C-05-073JRJ, Superior Court, Newcastle County*

Dear Mr. Smith:

Enclosed herewith please find a copy of the Opinion of the trial court dated November 28, 2006, in the above-referenced case which denied all of the post-trial motions of Narragansett Housing Associates, L.P. and Property Advisory Group, Inc. (collectively "Insured"). The Insured was obviously very disappointed in the Opinion as it believes that many of the issues raised at trial and briefed in the post-trial motions were wrongly decided by the trial court.

The Insured has demanded that its counsel, Dawn Courtney Doherty, appeal this case and hereby demands that Zurich immediately contact Attorney Doherty and participate in contributing funds necessary to secure any Supersedeas Bond required to secure a stay of execution pending appeal. The Insured does not have the resources to bond this appeal. Execution on the judgment would be devastating to the Insured's business. I stress that the Insured believes it has a meritorious appeal, particularly relating to the assessment of punitive damages. In the event that the Insured's appellate rights are not perfected or the Insured's property is executed upon, because the necessary bond is not filed with the Court due to a lack of resources, then Zurich exposes itself to substantial liability in the event it is not successful in the declaratory judgment action that it has filed against the Insured in Rhode Island.

Sincerely,

James S. Green, Sr.

JSG/sp

cc: Narragansett Housing Associates, L.P.
Property Advisory Group, Inc.
Kenneth P. Borden, Esq. (via e-mail)
Kevin G. Mahoney, Esq. (via e-mail)
Dawn Courtney Doherty, Esq. (via fax)