**ZURICH**
**AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY**
**CERTIFICATE OF INSURANCE**

CERTIFICATE NO: 2415ZU

This Certificate of Insurance certifies that Master Policy AUC 3634609-02, has been issued to Residential Resource Associates, Inc. (A Risk Purchasing Group) providing coverage to the Named Insured listed below, as a member of the risk purchasing group, for the policy period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this Certificate may be issued or may pertain, the insurance described herein is subject to all the terms, exclusions and conditions of such Master Policy attached to this Certificate of Insurance. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the Master Policy attached to this Certificate of Insurance.

| Item 1. NAMED INSURED AND ADDRESS: | AGENT: |
|---|---|
| ALTERNATIVE HOUSING GROUP<br>C/O CONSOLIDATED<br>ONE HARRY STREET<br>CRANSTON, RI 02907 | BREED'S HILL INSURANCE AGENCY<br>FOUR 13TH STREET<br>THE NAVY YARD<br>CHARLESTOWN, MA 02129 |

Item 2. This Policy Period is effective from: 01/01/2003 to 01/01/2004 at 12:01 a.m. Standard Time at the mailing address of the named insured as stated in Item 1.

Item 3. Umbrella Liability Limits of Insurance and S.I.R. :

| | | | |
|---|---|---|---|
| X | Each Occurrence /Offense Limit: | | $50,000,000. |
| X | Self-Insured Retention: | | $10,000. |
| X | Aggregate Limits-Separately as respects: | | |
| | (i) | Products Hazard and Completed Operations Hazard Combined: | $50,000,000 |
| | (ii) | All Other Coverages Combined: (Except Auto Liability, which is not subject to any aggregate limit) | $50,000,000 |

Item 4. Location of Premises: Refer to schedule of insured locations attached to this Certificate of Insurance.

Item 5. Coverage Form: U-UMX-106-A CW (12/96) and all coverage forms and endorsements made a part of the Master Policy, and attached to this Certificate of Insurance.

PREMIUM: $58,200.00

Date of Issue: 04/24/2003 (ppr) Countersigned by Authorized Agent: ____________

NAMED INSURED: ALTERNATIVE HOUSING GROUP

POLICY #: AUC 3634609-02

CERTIFICATE #: 2415ZU

POLICY PERIOD: January 1, 2003 TO January 1, 2004

## SCHEDULE OF LOCATIONS

1. 20 Centerville Road
   Warwick, RI 02888
2. 301 Cranston Street
   Providence, RI 02903
3. 211 Adelaide Avenue
   Providence, RI 02903
4. 455 Meshanicut Valley Parkway
   Cranston, RI 02910
5. 425 Meshanticut Valley Parkway
   Cranston, RI 02910
6. 22 Oaklawn Avenue
   Cranston, RI 02910
7. 28 Oaklawn Avenue
   Cranston, RI 02910
8. 30 Oaklawn Avenue
   Cranston, RI 02910
9. 38 Oaklawn Avenue
   Cranston, RI 02910
10. 965 Chalkstone Avenue
    Providence, RI 02908
11. 1214 Cranston Street
    Cranston, RI 02920
12. 576 Fairmount Street
    Woonsocket, RI 02892
13. Scattered Sites
    Providence, RI 02907
14. 886 Main Street
    East Hartford, CT 06067

NAMED INSURED: ALTERNATIVE HOUSING GROUP

POLICY #: AUC 3634609-02

CERTIFICATE #: 2415ZU

POLICY PERIOD: January 1, 2003 TO January 1, 2004

**SCHEDULE OF LOCATIONS**
**Page 2 of 3**

15. 100 Freedom Road
Bear, Newark, DE 19702

16. Admiral Street
Providence, RI 02908

17. 225 New London Avenue
Cranston, RI 02920

18. 120 Cross Street
Westerly, RI 02864

19. 301 Main Street
Pawtucket, RI 02860

20-a. 115 Scituate Avenue
Cranston, RI 02920

20-b. 115 Scituate Avenue
Cranston, RI 02920

21. 311 Hardig Road
Warwick, RI 02886

22. 777 Cowesett Road
Warwick, RI 02886

23. 555 Hardig Road
Warwick, RI 02886

24. 875 Elmwood Avenue
Providence, RI 02907

25. 35 Goff Avenue
Pawtuckett, RI 02862

26. 11-21 Evergreen Drive
East Providence, RI 02916

27. 63 Cowesett Avenue
West Warwick, RI 02893

NAMED INSURED: ALTERNATIVE HOUSING GROUP

POLICY #: AUC 3634609-02

CERTIFICATE #: 2415ZU

POLICY PERIOD: January 1, 2003 TO January 1, 2004

**SCHEDULE OF LOCATIONS**
**Page 3 of 3**

28. 60-150 Evergreen Drive
    East Providence, RI 02916
29. 575 Dyer Avenue
    Cranston, RI 02920
30. 170 Waterman Avenue
    North Providence, RI 02911
31. 254 Washington Street
    Providence, RI 02903

04/24/2003 (ppr)
Date of Issue

Signature of Authorized Representative

# ENDORSEMENT

**Not Valid Unless Signed By A Duly Authorized Representative Of The Company**

**Company:**
**ZURICH**
**American Guarantee & Liability Insurance Company**
**Agent:**
**BREED'S HILL INSURANCE AGENCY, INC.**

| | | |
|---|---|---|
| Place of issue<br>**BOSTON, MA** | | Date of Issue<br>**11/20/2003** |
| Endorsement effective (standard time)<br>**Hour 12:01 A. M.** | Month / Day / Year<br>**9/17/2003** | Amending policy no.<br>**AUC 3634609-02**<br>**CERTIFICATE #: 2415ZU** |

**Issued to:**
**Alternative Housing Group**

| State code | Agent Code | Agent name |
|---|---|---|
| | **094010000** | **Breed's Hill Insurance Agency, Inc.** |

The above information is not required when this endorsement is issued with the policy.

This endorsement is subject to all the agreements, conditions, and exclusions of the policy. The policy is amended as indicated by typewritten below.

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $724.00, IT IS HEREBY AGREED THAT THE FOLLOWING LOCATION IS ADDED TO THIS POLICY:

1201 Kingstown, Bldg., Freedom Rd., Newark, DE 09702

ADDITIONAL INSURED :

Narragansett Housing Partners, L.P. Donald Goodrich, GP
Delaware State Housing Authority
18 The Green
Dover, DE 19901

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

| Additional premium | Return premium |
|---|---|
| $724.00 | $0.00 |

Signature of Authorized Representative

# ENDORSEMENT

**Not Valid Unless Signed By A Duly Authorized Representative Of The Company**

ZURICH

[X] American Guarantee & Liability Insurance Company

[ ] American Zurich Insurance Company

| | |
|---|---|
| Place of issue<br>BOSTON, MA | Date of issue<br>11/21/2003 |

| Endorsement effective (standard time) | Month | Day | Year | Amending policy no. |
|---|---|---|---|---|
| Hour 12:01 A. M. | 9 | 15 | 2003 | AUC 3634609-02<br>Certificate #: 2415ZU |

Issued to:
ALTERNATIVE HOUSING GROUP

| State code | Agent Code | Agent name |
|---|---|---|
| | 94010000 | Breed's Hill Insurance Agency, Inc. |

The above information is not required when this endorsement is issued with the policy.

This endorsement is subject to all the agreements, conditions, and exclusions of the policy. The policy is amended as indicated by typewritten below.

IN CONSIDERATION OF A RETURN PREMIUM OF $18.00, IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING LOCATION IS ADDED TO THIS POLICY:

99 June Avenue
Warwick, RI 02889

3 Units

Additional Insured:
Capaldi Properties, LTD

| Additional premium | Return premium |
|---|---|
| $ | $18.00 |

Signature of authorized representative

# ENDORSEMENT

**Not Valid Unless Signed By A Duly Authorized Representative Of The Company**

**Company:**
**Zurich: American Guarantee & Liability Insurance Company**
**Agent:**
**BREED'S HILL INSURANCE AGENCY, INC.**

Place of Issue
BOSTON, MA

Date of Issue
10/27/2003

Endorsement effective (standard time)
Hour 12:01 A. M.

Month / Day / Year
10/1/2003

Amending policy no.
AUC 3634609-02
Certificate #: 2415ZU

**Issued to:**
**Alternative Housing Group**

| State code | Agent Code | Agent name |
|---|---|---|
| | 094010000 | **Breed's Hill Insurance Agency, Inc.** |

The above information is not required when this endorsement is issued with the policy.

This endorsement is subject to all the agreements, conditions, and exclusions of the policy. The policy is amended as indicated by typewritten below.

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $50.00, IT IS HEREBY AGREED THAT THE FOLLOWING LOCATIONS ARE ADDED TO THIS POLICY:

417 Maple Ave., Barrington, RI
26 Lesley Ave., Barrington, RI
26A Lesley Ave., Barrington, RI

ADDITIONAL INSURED: Barrington Rentals LLC

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Additional premium
$50.00

Return premium
$0.00

# ENDORSEMENT

**Not Valid Unless Signed By A Duly Authorized Representative Of The Company**

**Company:**
**Zurich: American Guarantee & Liability Insurance Company**
**Agent:**
**BREED'S HILL INSURANCE AGENCY, INC.**

| | | |
|---|---|---|
| Place of issue<br>**BOSTON, MA** | | Date of Issue<br>**10/27/2003** |
| Endorsement effective (standard time)<br>**Hour 12:01 A. M.** | Month / Day / Year<br>**9/16/2003** | Amending policy no.<br>**AUC 3634609-02**<br>Certificate #: 2415ZU |

**Issued to:**
**Alternative Housing Group**

| State code | Agent Code | Agent name |
|---|---|---|
| | **094010000** | **Breed's Hill Insurance Agency, Inc.** |

The above information is not required when this endorsement is issued with the policy.

This endorsement is subject to all the agreements, conditions, and exclusions of the policy. The policy is amended as indicated by typewritten below.

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $58.00, IT IS HEREBY AGREED THAT THE FOLLOWING LOCATIONS ARE ADDED TO THIS POLICY:

38 & 44 Bergen St., Providence, RI

ADDITIONAL INSURED: Russo Street Apartments, Inc. (Owner)

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

| Additional premium | Return premium |
|---|---|
| $58.00 | $0.00 |

# ENDORSEMENT

**Not Valid Unless Signed By A Duly Authorized Representative Of The Company**

**Company:**
**Zurich: American Guarantee & Liability Insurance Company**
**Agent:**
**BREED'S HILL INSURANCE AGENCY, INC.**

| Place of Issue | | Date of Issue |
|---|---|---|
| **BOSTON, MA** | | **10/27/2003** |

| Endorsement effective (standard time) | Month / Day / Year | Amending policy no. |
|---|---|---|
| **Hour 12:01 A. M.** | **9/15/2003** | **AUC 3634609-02** |
| | | Certificate #: 2415ZU |

**Issued to:**
**Alternative Housing Group**

| State code | Agent Code | Agent name |
|---|---|---|
| | **094010000** | **Breed's Hill Insurance Agency, Inc.** |

The above information is not required when this endorsement is issued with the policy.

This endorsement is subject to all the agreements, conditions, and exclusions of the policy. The policy is amended as indicated by typewritten below.

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $106.00, IT IS HEREBY AGREED THAT THE FOLLOWING LOCATIONS ARE ADDED TO THIS POLICY:

1-15 Langsberries Ave., North Providence, RI 02904
22-40 Langsberries Ave., North Providence, RI 02904

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

| Additional premium | Return premium |
|---|---|
| $106.00 | $0.00 |

Signature of Authorized Representative

# ENDORSEMENT

**Not Valid Unless Signed By A Duly Authorized Representative Of The Company**

ZURICH

| | |
|---|---|
| [X] American Guarantee & Liability Insurance Company | [ ] American Zurich Insurance Company |

| Place of issue | Date of issue |
|---|---|
| BOSTON, MA | 10/27/2003 |

| Endorsement effective (standard time) | Month | Day | Year | Amending policy no. |
|---|---|---|---|---|
| Hour 12:01 A. M. | 7 | 30 | 2003 | AUC 3634609-02<br>Certificate #: 2415ZU |

Issued to:
ALTERNATIVE HOUSING GROUP

| State code | Agent Code | Agent name |
|---|---|---|
| | 94010000 | Breed's Hill Insurance Agency, Inc. |

The above information is not required when this endorsement is issued with the policy.

This endorsement is subject to all the agreements, conditions, and exclusions of the policy. The policy is amended as indicated by typewritten below.

IN CONSIDERATION OF A RETURN PREMIUM OF $102.00, IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING LOCATION IS DELETED FROM THIS POLICY:

340-342 Main Street
Warren, RI 02885

12 Units

Additional Insured:
East Bay Housing Options, Inc.

| Additional premium | Return premium |
|---|---|
| $ | $102.00 |

Signature of authorized representative

Endorsement # 27

# Risk Purchasing Group, Inc.
# Policy Term Endorsement

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 02 | 12/01/2002 | 12/01/2004 | 12/01/2002 | 11765000 | None | None |

**Named Insured and Mailing Address:**

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

**Producer:**

NEAR NORTH INSURANCE BRK
17 STATE ST FL 39
NEW YORK, NY 100041501

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The master policy term will be **12/01/2002 – 12/01/2004.** Those participants who are a "Lead Named Insured" will be provided insurance coverage for a period of twelve months, commencing with the effective date of their certificate of insurance, unless otherwise specifically approved, not to extend beyond the **12/01/2004** expiration date of the master policy.

All additions and deletions made by an existing Participant will be subject to the expiration date designated for the "Lead Named Insured".

For the purpose of this endorsement, "Lead Named Insured" shall be defined as the "First Named Insured" for each Participant covered under Residential Resources Associates, Inc, A Risk Purchasing Group.

It is further understood and agreed that Policy Number is amended to read AUC 3634609-02.

Signed by: Tom Roscano
Authorized Representative

MAY 29 2002
Date

# Commercial Umbrella Liability Policy

**Declarations**

ZURICH

AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY [X]
AMERICAN ZURICH INSURANCE COMPANY [ ]
ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS [ ]

**Policy Number:** AUC 3634609 01 **Renewal of Number:** AUO 3634609 00

1. **Named Insured:** Residential Resource Associates, Inc. (A Risk Purchasing Group)

**Producer:** NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

2. **Mailing Address:** c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

3. **Policy Period:** FROM: 12/01/2001 TO: 12/01/2003
at 12:01 A.M. Standard Time at the address of the Named Insured.

4. **Limits Of Insurance:**

| | | |
|---|---|---|
| A. | $50,000,000 | Occurrence |
| B. | $50,000,000 | Other Aggregate |
| | | Products/Completed |
| C. | $50,000,000 | Operations Aggregate |

5. **Retained Limit:** $10,000 Occurrence

6. **Policy Premium:**
Advance Premium $952,607
Policy Minimum Earned Premium $[illegible]

7. **Schedule of Underlying Insurance:** See attached Schedule of Underlying Insurance

8. **Endorsements Attached:** See Attached Schedule Of Forms And Endorsements

Signed by: Toni Rossini
Authorized Representative

4-19-02
Date

# Schedule of Forms and Endorsements

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End | Producer |
|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 |

**Named Insured and Mailing Address:**

**Residential Resource Associates, Inc. (A Risk Purchasing Group)**
**c/o Breed's Hill Insurance Agency Inc.**
**Four 13th Street The Navy Yard**
**Charlestown, MA 021292024**

**Producer:**

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

**Schedule of Forms and Endorsements**

| | | | |
|---|---|---|---|
| Commercial Umbrella Liability Policy Declarations | U-UMB-D-101-A CW (7/99) | | |
| Schedule of Forms and Endorsements | U-UMB-104-A CW (7/99) | | |
| Schedule of Underlying Insurance | U-UMB-105-A CW (7/99) | | |
| Care, Custody Or Control Exclusion | U-UMB-129-A CW (7/99) | Endt # | 1 |
| Directors And Officers Follow Form | U-UMB-159-A CW (7/99) | Endt # | 2 |
| Employee Benefits Liability Follow Form | U-UMB-167-A CW (7/99) | Endt # | 3 |
| Lead Follow Form | U-UMB-200-A CW (7/99) | Endt # | 4 |
| Errors and Omissions Exclusion | U-UMB-172-A CW (7/99) | Endt # | 5 |
| Products-Completed Operations Aggregate Endorsement | U-UMB-200-A CW (7/99) | Endt # | 6 |
| Risk Purchasing Group, Inc. Policy Term Endorsement | U-UMB-200-A CW (7/99) | Endt # | 7 |
| Pollution Endorsement | U-UMB-200-A CW (7/99) | Endt # | 8 |
| Employers Liability Exclusion | U-UMB-168-A CW (7/99) | Endt # | 9 |
| Fungus Liability Exclusion | U-UMB-200-A CW (7/99) | Endt # | 10 |
| Commercial Umbrella Liability Policy Jacket | U-UMB-100-A CW (7/99) | | |
| Commercial Umbrella Liability Policy | U-UMB-103-A CW (7/99) | | |
| In Witness Clause | U-UMB-108-A CW (7/99) | | |

Signed by: Tom Rosasco (signature)
Authorized Representative

4-19-02
Date