# Schedule of Underlying Insurance

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. |
|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 |

**Named Insured and Mailing Address:**

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

**Producer:**

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

| Company, Policy No. and Term | Coverage | Applicable Limits | |
|---|---|---|---|
| A. Company: Various<br>Policy No.: Various<br>Term: Various | Commercial General Liability | $1,000,000<br>$1,000,000<br><br>$2,000,000<br><br><br>$1,000,000 | Each Occurrence<br>Products - Completed Operations Aggregate<br>General Aggregate<br>X Per Location<br>___ Per Job/Project<br>Personal Injury/ Advertising Injury |
| | Including Employee Benefits | $1,000,000<br>$1,000,000 | Each Claim<br>Aggregate xs of $1,000 Deductible |
| B. Company: Various<br>Policy No.: Various<br>Term: Various | Commercial Auto Liability | $1,000,000 | Bodily Injury & Property Damage Combined Single Limit |
| C. Company: Various<br>Policy No.: Various<br>Term: Various | Directors & Officers Liability | $1,000,000<br>$1,000,000 | Each Occurrence<br>Aggregate |

Signed by: *[signature]*
Authorized Representative

4-19-02
Date

Endorsement # 1

# Care, Custody Or Control Exclusion

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

Named Insured and Mailing Address:

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

Producer:

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Under Coverage A this policy does not apply to property damage to: Real & Personal of others in the care, custody or control of the insured.

Signed by: ____________________
Authorized Representative

4-19-02
Date

Endorsement # 2

# Directors And Officers Follow Form

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

**Named Insured and Mailing Address:**

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

**Producer:**

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Under Coverage B only, this policy does not apply to any liability, damage, loss, cost or expense arising out of any breach of duty, negligent act, error or omission of any insured or of any other person for whose acts any insured is legally liable while acting as:

a. An officer, director, trustee or executor of any business, charitable organization, fund, trust or estate; or

b. A public official.

Signed by: [signature]
Authorized Representative

4-19-02
Date

Endorsement # 3

# Employee Benefits Liability Follow Form

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 5634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

Named Insured and Mailing Address:

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

Producer:

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Under Coverage B only, this policy does not apply to any liability, damage, loss, cost or expense imposed on any insured as a Fiduciary Administrator, or other party in interest arising out of any "Employee Benefits Program", record handling in connection with any "Employee Benefits Program", or effecting or terminating any employee's participation in any plan included in any "Employee Benefits Program".

As used in this endorsement:

"Employee Benefits Program" means any group life insurance, group accident or health insurance, profit sharing plans, pension plans, stock subscription plans, unemployment insurance, social security benefits, workers' compensation and disability benefits and any other similar plans.

Signed by: Tom Rosasco (signature)
Authorized Representative

4-19-03
Date

Endorsement # 4

# Lead Follow Form

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

**Named Insured and Mailing Address:**

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

**Producer:**

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Under Coverage B only, this policy does not apply to:

1. Any liability, damage, loss, cost or expense arising out of, resulting from, caused by or contributed to by toxic or pathological properties of lead, lead compounds or lead contained in any materials;

2. Any cost or expense to abate, mitigate, remove or dispose of lead, lead compounds or materials containing lead;

3. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with paragraphs 1. or 2. above; or

4. Any obligation to share damages with or repay anyone else who must pay damages in connection with paragraphs 1., 2., or 3. above.

Signed by: Toni Rossano
Authorized Representative

4-19-07
Date

Endorsement # 5

# Errors and Omissions Exclusion

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 03 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

Named Insured and Mailing Address:

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

Producer:

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Under Coverage A and Coverage B this policy does not apply to:

1. Any breach of duty, negligent act, error or omission of any insured or of any person for whose acts any insured is legally liable in the conduct of your business designated below;
2. Any liability, damage, loss, cost or expense arising out of any of the items in 1. above.

**Designated Business**

Real Estate Agents

Signed by: Toni Rossano
Authorized Representative

4-19-02
Date

Endorsement # 6

# Products-Completed Operations Aggregate Endorsement

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

Named Insured and Mailing Address:

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

Producer:

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

SECTION II. LIMITS OF INSURANCE, Paragraph B.2. is deleted in its entirety and is replaced with the following:

2. Subject to Paragraph B.1. above, the limit stated in Item 4. C. of the Declarations for the Products-Completed Operations Aggregate is the most we will pay for all damages as a result of bodily injury or property damage included within the products-completed operations hazard. The Products-Complete Operations Aggregate applies separately for each "Lead Named Insured."

For the purpose of this endorsement "Lead Named Insured" shall mean the First Named Insured for each Participant listing covered under the Residential Resource Associates, A Risk Purchasing Group.

Signed by: Toni Rossano (signature)
Authorized Representative

4-19-02
Date

Endorsement # 7

# Risk Purchasing Group, Inc.

# Policy Term Endorsement

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

**Named Insured and Mailing Address:**

**Residential Resource Associates, Inc. (A Risk Purchasing Group)**
**c/o Breed's Hill Insurance Agency Inc.**
**Four 13th Street The Navy Yard**
**Charlestown, MA 021292024**

**Producer:**

**NEAR NORTH INS. BROKERAGE/THB**
**1 LIBERTY PLAZA - 27TH FLOOR**
**NEW YORK, NY 10006**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The master policy term will be **12/01/2001 – 12/01/2003.** Those participants who are a "Lead Named Insured" will be provided insurance coverage for a period of twelve months, commencing with the effective date of their certificate of insurance, unless otherwise specifically approved, not to extend beyond the 12/01/2003 expiration date of the master policy.

All additions and deletions made by an existing Participant will be subject to the expiration date designated for the "Lead Named Insured".

For the purpose of this endorsement, **"Lead Named Insured"** shall be defined as the **"First Named Insured"** for each Participant covered under **Residential Resources Associates, Inc, A Risk Purchasing Group.**

Signed by: Toni Rosario
Authorized Representative

4-19-02
Date

Endorsement # 8

# Pollution Endorsement

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

**Named Insured and Mailing Address:**

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

**Producer:**

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

A. SECTION IV., EXCLUSIONS, B. and C. 7., POLLUTION are deleted.

B. Under Coverage A and B the policy does not apply to any liability, damage, loss, cost or expense:

1. Arising directly or indirectly out of an actual, alleged or threatened existence, discharge, dispersal, seepage, migration, release or escape of **pollutants**; or

2. Arising out of any:

a. Request, demand or order that any **insured** or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **pollutants**.

3. Paragraph B.1. of this endorsement does not apply to **bodily injury** or **property damage**:

a. Included within the **products-completed operations hazard**;

b. Arising out of any discharge, dispersal, seepage, migration, release or escape of **pollutants** caused by a "hostile fire;" collision or upset of an **auto**, or **mobile equipment**; windstorm; lightning; vandalism or malicious mischief; hail; civil commotion or riot; automatic sprinkler leakage; or explosion.

4. Paragraph B.1. of this endorsement does not apply to **bodily injury** which is directly caused by:

a. The application of pesticides, herbicides or fertilizers provided that:

(1) All such applications meet all standards of all statutes, ordinances, regulations and license requirements of all federal, state and local governments which apply to those operations; and

(2) The actual, alleged or threatened existence, discharge, dispersal, seepage, migration, release or escape of pesticides, herbicides or fertilizers does not take place from an "underground storage tank";

b. Fumes, vapors or gases, except those comprised of or containing asbestos, from flooring or wall covering materials or their installation materials (including adhesives);

c. Fumes, vapors or gases, except those comprised of or containing lead, from paint, varnish, sealant, adhesive or building maintenance or cleaning materials; or

d. Chlorine, bromine, sodium hydroxide, sodium bicarbonate, soda ash, diatomaceous earth, muriatic acid or other chemicals, compounds or materials used for the maintenance of a swimming pool, whirlpool or spa.

5. As used in this endorsement:

a. "Hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be;

b. "Underground storage tank" means any container or system including any ducts, pipes or other apparatus used therewith, the volume of which is now or was at any time more than 10% beneath the surface of the ground.

6. Solely as respects any insurance afforded by this endorsement:

a. The Retained Limit as stated in Item 5. of the Declarations of this policy is amended to $1,000,000 Each Occurrence; and

b. SECTION III. DEFENSE AND SUPPLEMENTARY PAYMENTS is deleted and replaced by the following:

We will not be obligated to assume charge of the investigation, settlement or defense of any claim made, suit brought or proceeding instituted against any insured. We will, however, have the right and shall be given the opportunity to participate in the defense and trial of any claims, suits or proceedings relative to any occurrence which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED

Signed by: [signature] 4-19-02

Authorized Representative Date

Endorsement # 9

# Employers Liability Exclusion

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/03/2001 | 11765000 | None | None |

Named Insured and Mailing Address:

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

Producer:

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Under Coverage A and Coverage B this policy does not apply to any liability, damage, loss, cost or expense arising out of injury to:

1. Any employee of the insured arising out of and in the course of:
   a. Employment by any insured; or
   b. Performing duties related to the conduct of any insured's business.
2. A co-employee of any insured arising out of and in the course of such employment when the insured is an executive officer of such employer.
3. The spouse, child, parent, brother or sister of that employee as a consequence of paragraphs 1. or 2. above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone who must pay damages because of such injury.

Signed by: [signature]
Authorized Representative

4-19-02
Date

Endorsement # 10

# Fungus Liability Exclusion

ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| AUC 3634609 01 | 12/01/2001 | 12/01/2003 | 12/01/2001 | 11765000 | None | None |

**Named Insured and Mailing Address:**

Residential Resource Associates, Inc. (A Risk Purchasing Group)
c/o Breed's Hill Insurance Agency Inc.
Four 13th Street The Navy Yard
Charlestown, MA 021292024

**Producer:**

NEAR NORTH INS. BROKERAGE/THB
1 LIBERTY PLAZA - 27TH FLOOR
NEW YORK, NY 10006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Under Coverage A and Coverage B this policy does not apply to any liability, damage, loss, cost or expense, arising directly or indirectly, in whole or in part, by:

1. Any "fungus(i)" or "spore(s)";
2. Any substance, vapor or gas produced by or arising out of any "fungus(i)" or "spore(s)"; or
3. Any material, product, building component, building or structure that contains, harbors, nurtures or acts as a medium for any "fungus (i)" or "spore(s)".

It is agreed that this exclusion applies regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to that injury or damage.

Definitions

As used in this endorsement:

1. "Fungus(i)" includes, but is not limited to, any form for type of mold, mushroom or mildew.
2. "Spore(s)" means any reproductive body produced by or arising out of any "fungus(i)".

Signed by: [signature]
Authorized Representative

4-19-02
Date

ZURICH

# Commercial Umbrella Liability Policy

Zurich U.S.
Insurance is provided by the company designated on the declarations page of this policy.

The addresses of the Zurich U.S. companies are shown below:

ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS
1400 American Lane
Schaumburg, Illinois 60196-1056

AMERICAN ZURICH INSURANCE COMPANY
1400 American Lane
Schaumburg, Illinois 60196-1056

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
One Liberty Plaza, 165 Broadway
New York, New York 10006

Administrative Offices of all Zurich U.S. companies are
located at 1400 American Lane, Schaumburg, Illinois 60196-1056