**COUGHLIN DUFFY LLP**
350 Mt. Kemble Avenue
Morristown, NJ 07962-1917
Tel: 973-267-0058
Fax: 973-267-6442

**PEABODY & ARNOLD, LLP**
30 Rowes Wharf
Boston, MA 02110
Tel: 617-951-2100
Fax: 617-951-2125
*Attorneys for Plaintiff,*
*American Guarantee & Liability*
*Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br><br>Defendants. | Civil Action No. CA 06 297-T-LDA<br><br>**CERTIFICATION OF ADAM M. SMITH, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Adam M. Smith, Esq., hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, admitted *pro hac vice* in the District Court of Rhode Island, and am a partner with the firm of Coughlin Duffy LLP, attorneys for the plaintiff American Guarantee and Liability Insurance Company ("American Guarantee").

As one of the attorneys charged with the responsibility for this matter, I am fully familiar with the facts stated herein.

2. I submit this Certification in support of American Guarantee's Motion for Partial Summary Judgment on the issue of American Guarantee's obligation, if any, to fund the premium for Defendants' appeal bond in the Underlying Litigation, Galindez v. Narragansett Housing Associates, et al. (the "Underlying Litigation").

3. Annexed hereto as Exhibit A is a true and accurate copy of the Declaratory Judgment Complaint filed in the within matter captioned American Guarantee and Liability Insurance Company v. Alternative Housing Group, et al., C.A. No. 06-297.

4. Annexed hereto as Exhibit B is a true and accurate copy of an Opinion by the Hon. Jan R. Jurden of the Superior Court of Delaware, decided November 28, 2006, relating to the post-trial motions in the Underlying Litigation.

5. Annexed hereto as Exhibit C is a copy of the Clarendon Primary Policy provided to American Guarantee.

6. Annexed hereto as Exhibit D is a true and accurate copy of a letter from James S. Green, Sr., Esq. of Seitz, Van Ogtrop & Green, P.A., to Adam M. Smith, Esq. of Coughlin Duffy, LLP, dated December 8, 2006.

7. Annexed hereto as Exhibit E is a true and accurate copy of the American Guarantee Excess Policy.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements are willfully false, I may be subject to punishment.

**COUGHLIN DUFFY, LLP**

Attorneys for Defendant,
American Guarantee & Liability
Insurance Company

By: ______________________
Adam M. Smith

Dated: March 30, 2007