# EXHIBIT B

1/1/03

LEXINGTON ORIGINAL

COPY

DELAWARE STATE HOUSING AUTHORITY

MANAGEMENT AGREEMENT

Development Name: Lexington Green Apartments

DSHA Development No.: DE26-H004-032

THIS AGREEMENT, made and entered into this 1st day of January, 2003, by and between Narragansett Housing Associates, organized and existing under the laws of Delaware with principal offices at 2 Woodsia Road, Saunderstown, RI 02874 (the "Owner" hereinafter the "Mortgagor") and Property advisory Group, Inc. organized and existing under the laws of Rhode Island with principal offices at 4 Cathedral Square, Providence, RI 02903 (the "Agent").

In consideration of the terms, conditions and covenants hereinafter set forth, the Mortgagor and Agent mutually agree as follows:

1. Definitions

As used in this Agreement:

A. "DSHA" shall mean the Delaware State Housing Authority as established pursuant to the provisions of Delaware Code, Title 31, Chapter 40.

B. "Development" shall mean the real property and the improvements, building appurtenances and equipment thereon, of the Mortgagor known as Lexington Green Apartments, located in the City/Hundred of Newark, County of New Castle, State of Delaware, and consisting of 126 dwelling units (DSHA Development No. DE26-H004-032).

C. "HUD" shall mean the U.S. Department of Housing and Urban Development.

D. "Lease" shall mean the form of agreement between the Mortgagor and a Tenant under the terms of which said Tenant is entitled to enjoy possession of a dwelling unit.

E. "Non-Housing Income" shall mean all amounts actually collected by the Agent, other than as provided in Paragraph 1. F., including (1) vending and laundry machine income, (2) income received from rental of parking spaces, garage spaces, and commercial units.

F. "Rent" shall mean that monthly amount which a Tenant is obligated to pay the Mortgagor pursuant to the terms of a Lease, other than Non-Housing Income.

G. "Tenant" shall mean a person occupying a dwelling unit in the Development pursuant to a Lease.

2. Appointment of Agent



020000

The Mortgagor hereby appoints the Agent, and the Agent hereby accepts appointment, on the terms and conditions hereinafter provided, as exclusive management agent of the Development.

3. Regulation by DSHA

The Agent fully understands that the Mortgagor is a limited-profit entity or non-profit housing corporation receiving a Mortgage Loan from DSHA and is required to comply with DSHA's Rules and Regulations. The Agent further fully understands that the operation of the Development is subject to a Regulatory Agreement (attached as Exhibit "A") between the Mortgagor and DSHA and that approximately 99% of the dwelling units in the Development will receive the benefit of subsidy payments under Section 8 of the National Housing Act (the "Act") from HUD pursuant to the attached agreement(s) (Exhibit "B"), among the Mortgagor, DSHA, and HUD. In the performance of it's duties hereunder, the Agent agrees to comply with the provisions of the Act, the policies, procedures, rules and regulations of DSHA, the Regulatory Agreement, and the agreement(s) which will provide federal subsidy assistance as set forth in Exhibit "B", all as amended from time to time and receipt of which is hereby acknowledged by the Agent.

4. Confer with Mortgagor and DSHA

The Agent agrees to keep itself informed on the policies of DSHA and, notwithstanding the authority given to the Agent in this Agreement, to confer fully and freely with the Mortgagor, Marketing Agent, and DSHA in the performance of it's duties hereunder.

5. Meetings with Mortgagor and Marketing Agent

The Agent agrees to cause an officer of the Agent to attend meetings with the Mortgagor and Marketing Agent at any time or times requested by the Mortgagor, Marketing Agent, or DSHA.

6. Personnel of Agent

A. Employees of Agent

On the basis of wage rates previously approved by the Mortgagor and DSHA, the Agent shall investigate, hire, pay, supervise and discharge all managerial and non-managerial personnel as follows:

| No. | Position Title | Annual Payroll | Annual Cost of Benefits | Total |
|---|---|---|---|---|
| 1 | Property Mgr | $30,437 | $7,289 | $37,726 |
| 1 | Assist. Mgr | $28,108 | $6,677 | $34,785 |
| 1 | Maint. Super. | $32,108 | $7,690 | $39,798 |
| 1 | Maint. Tech. | $26,645 | $6,381 | $33,026 |
| 1 | Janitor | $19,629 | $4,701 | $24,330 |

As shown in current approved operating budget.



020001