# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY :

v. : C.A. NO. 06-297

ALTERNATIVE HOUSING GROUP, et al :

AFFIDAVIT OF GRETCHEN E. MAURER

I, Gretchen E. Maurer, Treasurer of Property Advisory Group, Inc., 4 Cathedral Square, Providence, Rhode Island, having been duly sworn, state the following:

1. I am the Treasurer of Property Advisory Group, Inc. ("PAG"), a position I have held continuously for the past twenty-eight (28) years;

2. As Treasurer, I am the financial officer responsible for the preparation and maintenance of PAG's financial records and books. I am familiar with the corporation's finances, including its assets, liabilities and shareholder's equity (or net worth);

3. As Treasurer, I prepare the corporate tax returns for final review by PAG's outside certified public accounting firm;

4. A review of the books, records and tax return for the most recent tax year ending August 31, 2006 reveals that PAG's net worth is $412,361. The corporation had $1,086,281 in assets and $673,920 in liabilities, before taking into account the $13,000,000 judgment in *Galindez v. Narragansett Housing Associates, L.P., et al* (Delaware Superior Court, CA No. 04C-05-073-JRJ) ("*Galindez* judgment");

5. The value of the assets and liabilities of PAG has not changed in any material way since August 31, 2006, with the exception of the *Galindez* judgment.

Gretchen E. Maurer

**Gretchen E. Maurer, Treasurer**

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on this 10th day of April 2007, before me personally appeared Gretchen E. Maurer, the Treasurer of Property Advisory Group, Inc., to me known and known by me to be the party executing the foregoing instrument in said capacity, and she acknowledged said instrument to be her free act and deed and the free act and deed of Property Advisory Group, Inc.

Kathleen D. Fawl

, Notary Public

Printed Name: KATHLEEN D. FAWL

My commission expires: 4/09/10