UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,

Plaintiff,

v.

ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and NARRAGANSETT HOUSING ASSOCIATES, INC.

Defendants.

Civil Action No. CA 06 297

**ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., AND NARRAGANSETT HOUSING ASSOCIATES, L.P. MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

NOW COMES Defendants Alternative Housing Group, Narragansett Housing Partners, L.P., and Narragansett Housing Associates, L.P. (collectively "NHA") and hereby requests that this court dismiss, or in the alternative, stay the instant proceedings pursuant to F.R.C.P. 12(b)(7) and 19. In support of this motion, NHA incorporates herein by reference all of the arguments set forth in Document No. 42 to this proceeding, Defendant Property Advisory Group, Inc.'s Memorandum of Law in Support of Its Motion To Dismiss or, in the Alternative, to Stay Proceedings.

WHEREFORE, NHA requests that this court order an immediate dismissal or stay the within action.

Alternative Housing Group, Narragansett Housing Partners, L.P., and Narragansett Housing Associates, L.P.,
By its *Pro Hace Vice* Attorney,

/s/ Kevin G. Mahoney .
Kevin G. Mahoney, BBO#564653
Menard, Murphy & Walsh LLP
60 State Street
Boston, MA 02109
Tel: 617-832-2500
Fax: 617-832-2550

Alternative Housing Group, Narragansett Housing Partners, L.P., and Narragansett Housing Associates, L.P.,
By its Attorney,

/s/ James T. McCormick .
James T. McCormick,
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
Tel: 401-831-2970
Fax: 401-751-1797

April 17, 2007

Certification

I hereby certify that a true copy of the within was served via facsimile and U.S. Mail to the parties listed below.

Frederick E. Connelly, Jr.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
fconnelly@peabodyarnold.com

Max Wistow
Wistow & Barylick
61 Weybosset Street
Providence, MA 02903
mw@wistbar.com

Adam Smith
Coughlin & Duffy LLP
350 Mount Kemble Avenue
Morristown, NJ 07962
asmith@coughlinduffy.com

/s/ James T. McCormick .
James T. McCormick,
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
Tel: 401-831-2970
Fax: 401-751-1797

Narragansett/Pleadings/Motion To Dismiss.doc