UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,

Plaintiff,

v.

ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.

Defendants,

C.A. 06 297

STIPULATION

The plaintiff American Guarantee and Liability Insurance Company may have an extension of time up to and including May 4, 2007 in which to file and serve a response to the Defendant, Property Advisory Group Inc.'s Motion to Dismiss.

PEABODY & ARNOLD LLP
Attorneys for American Guaranty and Liability Insurance Company

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., #6772

COUGHLIN DUFFY LLP
Attorneys for American Guaranty and Liability Insurance Company

/s/ Adam M. Smith
Adam M. Smith

WISTOW BARYLICK INCORPORATED
Attorneys for Property Advisory Group, Inc.

/s/ Max Wistow.
Max Wistow #0330

MENARD, MURPHY & WALSH LLP
Attorneys for Alternative Housing Group, Narragansett Housing Partners, L.P., Narragansett Housing Associated, L.P.

/s/ Kevin Mahoney
Kevin Mahoney

MCKENNA & MCCORMICK
Attorneys for Alternative Housing Group, Narragansett Housing Partners, L.P., Narragansett Housing Associated, L.P.

/s/ James C. McCormack
James C. McCormack