COUGHLIN DUFFY LLP
350 Mt. Kemble Avenue
Morristown, NJ 07962-1917
Tel: 973-267-0058
Fax: 973-267-6442

PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
Tel: 617-951-2100
Fax: 617-951-2125
*Attorneys for Plaintiff, American Guarantee & Liability Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br><br>Defendants. | Civil Action No. CA 06 297-T-LDA<br><br>**STIPULATION** |

WHEREAS, Plaintiff, American Guarantee and Liability Insurance Company ("American Guarantee"), has filed the instant declaratory judgment action to obtain a declaration that it owes no coverage obligations to Defendants with respect to Galindez v. Narragansett Housing Associates, LP, et al., C.A. No. 04C-05-073 JRJ, New Castle County, Delaware Superior Court ("Galindez matter");

WHEREAS, Defendants dispute the allegations of American Guarantee and contend that they are entitled to coverage under American Guarantee's policy for the Galindez matter;

WHEREAS, on December 8, 2006, Defendants demanded that American Guarantee contribute towards the procurement of a supersedeas bond to stay execution of the judgment in the Galindez matter pending appeal;

WHEREAS, American Guarantee disputed that it had any obligation to contribute towards the procurement of any such supersedeas bond;

WHEREAS, American Guarantee had filed a Motion for Partial Summary Judgment seeking a declaration from this Court that it owes no obligation to furnish or contribute towards the payment for the premium for any supersedeas bond on behalf of Defendants Narragansett Housing Authority and/or Property Advisory Group; and

WHEREAS, the parties wish to consensually resolve any issues related to American Guarantee's obligations to participate in the procurement of a supersedeas bond while specifically reserving any and all rights they have with respect to the underlying coverage issues;

IT IS HEREBY STIPULATED:

1. Defendants waive any right to claim that American Guarantee is obligated to procure or pay the premium for a supersedeas bond to stay execution of the present judgments in the Galindez matter.

2. Defendants waive and relinquish any right to claim any injuries or damages as a result of the failure to post any such bond with respect to the present judgments.

3. Nothing herein should be construed as a waiver or admission by Defendants of any other issue in the litigation, including but not limited to, their entitlement to coverage for the Galindez matter under the American Guarantee policy.

4. Any issue regarding the posting or failure to post a supersedeas bond as to the existing judgments is moot.

5. This stipulation shall not be referred to in any way, in this or any other proceeding, except to the extent necessary to enforce the agreements of the parties hereto.

WISTOW & BARYLICK INCORPORATED
*Attorneys for Property Advisory Group, Inc.*

Max Wistow, Esq. (#0330)

COUGHLIN DUFFY LLP
*Attorneys for American Guarantee & Liability Insurance Company*

Adam M. Smith, Esq.

MENARD, MURPHY & WALSH LLP
*Attorneys for Alternative Housing Group*

Kevin Mahoney, Esq.

PEABODY & ARNOLD, LLP
*Attorneys for American Guarantee & Liability Insurance Company*

Frederick E. Connelly, Jr., Esq. (#6772)

Dated: ~~April~~ May 2, 2007