**COUGHLIN DUFFY LLP**
350 Mt. Kemble Avenue
Morristown, NJ 07962-1917
Tel: 973-267-0058
Fax: 973-267-6442

**PEABODY & ARNOLD, LLP**
30 Rowes Wharf
Boston, MA 02110
Tel: 617-951-2100
Fax: 617-951-2125
*Attorneys for Plaintiff,*
*American Guarantee & Liability*
*Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br><br>Defendants. | Civil Action No. CA 06 297-T-LDA<br><br>**CERTIFICATION OF ADAM M. SMITH, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Adam M. Smith, Esq., hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, admitted *pro hac vice* in the District Court of Rhode Island, and am a partner with the firm of Coughlin Duffy LLP, attorneys for the plaintiff American Guarantee and Liability Insurance Company ("American

Guarantee"). As one of the attorneys charged with the responsibility for this matter, I am fully familiar with the facts stated herein.

2. I submit this Certification in opposition to Defendants' Motion to Dismiss or Alternatively Stay the Complaint of American Guarantee.

3. Annexed hereto as Exhibit A is a true and accurate copy of the portions of the Complaint filed in the matter captioned Miguel Galindez, et al v. Clarendon National Insurance Company, et al. C.A. No. 07-03-273 JRT.

4. Annexed hereto as Exhibit B is a true and accurate copy of correspondence dated April 18, 2007 from Adam Smith to Max Wistow.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements are willfully false, I may be subject to punishment.

**COUGHLIN DUFFY, LLP**

Attorneys for Defendant,
American Guarantee & Liability
Insurance Company

By: ______________________
Adam M. Smith

Dated: May 2, 2007