# EXHIBIT B

COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com

Wall Street Plaza
88 Pine Street, 5th Floor
New York, New York 10005
212-483-0105

ADAM M. SMITH
DIRECT DIAL: (973) 631-6050
EMAIL: ASMITH@COUGHLINDUFFY.COM

April 18, 2007

***VIA FACSIMILE***

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybossett Street
Providence, RI 02903

Kevin G. Mahoney, Esq.
Menard, Murphy & Walsh LLP
60 State Street, 34th Floor
Boston, MA 02109

**Re: Miguel Galindez v. Lexington Green Apartments, et al.**
**Insured: RRA – Alternative Housing Group**
**Our File No.: Z0021-00403**

Dear Max and Kevin:

I am in receipt of the courtesy copy of the Complaint that Property Advisory Group filed in Delaware, along with Miguel Galindez, Narragansett Housing Associates LP and Donald Goodrich. Please advise as to what efforts have been made to serve my client with this Complaint.

In addition, I note that paragraph 63 of the Complaint references that plaintiff Galindez has been assigned certain rights with respect to the American Guarantee policy. Given the reference to such an agreement, please produce immediately any document that provides for such assignment between your clients and Mr. Galindez. If that assignment was made in the context of a settlement agreement, please provide us with a copy of the settlement agreement reflecting the assignment.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

COUGHLIN DUFFY LLP

Adam M. Smith

AMS/aw

cc: Richard A. Zappa, Esq.
John F. Gangi, Esq.
Edward T. Ciconte, Esq.