UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY, | : | |
| v. | : | C.A. NO. 06-297 |
| ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P and PROPERTY ADVISORY GROUP, INC. | : | |

**STIPULATION**

Plaintiff American Guarantee and Liability Insurance Company ("AGLIC") and Defendant Property Advisory Group ("PAG") hereby stipulate and agree as follows:

1. PAG shall have up to and including May 31, 2007 within which to file its Reply Memoranda to AGLIC's Opposition to Defendants' Motion to Dismiss or Alternatively Stay the Complaint of American Guarantee for declaratory Judgment and Breach of Contract Under Fed.R.Civ.P.12(b)(7) and 19(b).

Property Advisory Group, Inc.
By their Attorney,

/s/Max Wistow
Max Wistow, Esq. (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

American Guarantee and Liability Insurance Co.
By its attorneys.

/s/ Frederick E. Connelly, Jr.,
Frederick E. Connolly, Jr. Esq. (#6772)
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
(617) 951-2125 (fax)
fconnelly@peabodyarnold.com

and

Adam M. Smith, Esq. (admitted *pro hac vice*)
Coughlin Duffy LLP
Morristown, NJ 07962-1917
(973) 267-0058
(973) 267-6442 (fax)
asmith@coughlinduffy.com

**CERTIFICATION**

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 7th day of May, 2007 to the following:

Frederick E. Connelly, Jr.
fconnelly@peabodyarnold.com

Adam M. Smith, Esq.
Kevin T. Coughlin, Esq.
asmith@coughlinduffy.com
kcoughlin@coughlinduffy.com

Kevin G. Mahoney, Esq.
Mahoney@mmwlaw.com

James T. McCormick, Esq.
mclaw@choiceonemail.com

/s/Max Wistow

Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com