# EXHIBIT 1

7. Defendant denies the allegations contained in Paragraph 7. There is no such entity. The word "Partners" was mistakenly substituted for the word "Associates" thereby creating a mutually mistaken misnomer.

8. Defendant admits the allegations contained in Paragraph 8.

9. Denied as phrased. Property Advisory Group, Inc. is a Rhode Island corporation whose purpose is real estate counseling, advisory service and property manager and in this matter it acted as a property manager.

**As to "Nature of the Action"**

10. Admitted except that the correct policy number may be AUC3634609-02.

11. Denied as phrased. Said endorsement was effective on September 17, 2003 and by mutual mistake of fact named Narragansett Housing Partners, LP as an additional insured. No such entity exists and the parties intended to name Narragansett Housing Associates, LP as the additional insured and to insure the property and operations at the Lexington Green Apartments, so-called, in Newark, Delaware. The insurance in question was site specific and named the property where the accident occurred as the insured location.

12. Defendant admits the allegations contained in Paragraph 12.

13. Defendant admits the allegations contained in Paragraph 13.

14. Defendant admits that Breed's Hill notified American Guarantee on March 24, 2006 but is without knowledge or information as to whether American Guarantee had prior notice or knowledge (except to the extent that Breed's Hill was the actual or apparent agent of American Guarantee).

15. The jury verdict is not final and is subject to revision and when finalized, defendant would seek indemnification from American Guarantee if the excess policy is implicated.

16. Defendant admits that this is the apparent intent of plaintiff's complaint.

**As to "Background"**

**"A. The Policies"**

17. Admitted but it is believed that the correct policy number may be AUC3634609-02.

18. Defendant admits the allegations contained in Paragraph 18.

19. Denied as phrased. An endorsement effective September 17, 2003 identified said parties as additional insureds and intended to cover risks at the Lexington Green Apartments, so-called, in Newark, Delaware. No such entity as Narragansett Housing Partners, LP exists and the parties intended to insure Narragansett Housing Associates, LP.

20-28. Defendant admits that the plaintiff has selectively quoted certain provisions of the policies with some typographical errors and it appears that the language set forth in paragraph 26 is from an endorsement to policy No. AUC3634609-01.

29. Defendant admits the allegations contained in Paragraph 29.

30. Defendant admits the allegation contained in ¶ 30 of Plaintiff's Complaint.

31. Admitted. However, no such entity as Narragansett Housing Partners, LP exists and the parties intended but for a mutual mistake to insure Narragansett Housing

**As to "C. Claim Notification"**

47. Admitted except that defendant is without knowledge for information as to whether American Guarantee had any other notice or knowledge (except to the extent that Breed's Hill was the actual or apparent agent of American Guarantee).

48. Denied as alleged. It appears that on March 27, 2006 American Guarantee requested information from said parties of a more limited nature than alleged.

49. Defendant admits that on several occasions in April and May of 2006 (but not on all of the specific dates alleged) American Guarantee requested information and Property Advisory Group, Inc., responded as best it could not having most of the information requested.

50. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations alleged in Paragraph 50 beyond admitting that American Guarantee requested defense counsel's file and he provided them with it.

51. Defendant admits the allegations contained in Paragraph 51.

**As to "Count I"**

52. Defendant's prior answers are incorporated by reference.

53. Defendant denies the allegations contained in Paragraph 53.

54. Defendant denies the allegations contained in Paragraph 54.

55. Defendant denies the allegations contained in Paragraph 55. No final determination that the excess policy is even implicated has been made.

**As to "Count II"**

56. Defendant incorporates by reference its prior answers.