# EXHIBIT 2

COPY

POLICY NUMBER: BHL241500

COMMERCIAL GENERAL LIABILITY
CG DS 01 10 01

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY<br>1177 Avenue of the Americas<br>New York, NY 10036 | BREED'S HILL INSURANCE AGENCY, INC.<br>Four 13th Street<br>The Navy Yard<br>Charlestown, MA 02129 |

NAMED INSURED: RESIDENTIAL RESOURCE ASSOCIATES, INC. (A RISK PURCHASING GROUP) AND THOSE INDIVIDUAL MEMBER PARTICIPANTS AS INDICATED ON CERTIFICATES OF INSURANCE ATTACHED TO THIS POLICY
ALTERNATIVE HOUSING GROUP

MAILING ADDRESS: C/O Consolidated – One Harry Street
Cranston, RI 02907

POLICY PERIOD: FROM January 1, 2003 TO January 1, 2004 AT 12:01 A.M. TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $5,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $1,000,000 |

**RETROACTIVE DATE (CG 00 02 ONLY)**

THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.

RETROACTIVE DATE: NONE
(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES)

**DESCRIPTION OF BUSINESS**

FORM OF BUSINESS:

INDIVIDUAL PARTNERSHIP JOINT VENTURE TRUST

LIMITED LIABILITY COMPANY X ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

BUSINESS DESCRIPTION: HABITATIONAL

 © ISO Properties, Inc., 2000