UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br>Defendants, | C.A. 06 297 |

## JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

Now come the parties in the above captioned matter and jointly ask the Court to continue the Settlement Conference scheduled for June 13, 2007. The conference is scheduled to be presided over by Magistrate Judge Lincoln D. Almond.

As grounds for this motion, the parties state that they have entered into negotiations and have scheduled a private mediation for July 12, 2007. The parties are not in a position to resolve their differences at this time but expect to be by July 12, 2007. For these reasons and for judicial economy, the parties ask the Court to continue the settlement conference for a date in September, 2007.

PEABODY & ARNOLD LLP
Attorneys for American Guaranty and Liability Insurance Company

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., #6772

COUGHLIN DUFFY LLP
Attorneys for American Guaranty and Liability Insurance Company

/s/ Adam M. Smith
Adam M. Smith

WISTOW BARYLICK INCORPORATED
Attorneys for Property Advisory Group, Inc.

/s/ Max Wistow.
Max Wistow #0330

MENARD, MURPHY & WALSH LLP
Attorneys for Alternative Housing Group, Narragansett Housing Partners, L.P., Narragansett Housing Associated, L.P.

/s/ Kevin Mahoney
Kevin Mahoney

MCKENNA & MCCORMACK
Attorneys for Alternative Housing Group,
Narragansett Housing Partners, L.P.,
Narragansett Housing Associated, L.P.

/s/ James C. McCormack
James C. McCormack

PABOS2:FCONNEL:662447_1
15021-91975