UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY, | : | |
| | : | |
| v. | : | C.A. NO. 06-297 |
| | : | |
| ALTERNATIVE HOUSING GROUP, ET AL. | : | |

**PAG'S MOTION FOR LEAVE TO RESPOND TO AGLIC'S ANTICIPATED SUR-REPLY MEMORANDUM**

NOW COMES Defendant Property Advisory Group ("PAG") and hereby requests that this honorable court grant leave to file a reply memorandum to AGLIC's anticipated sur-reply concerning PAG';s Motion to Dismiss which is scheduled for hearing July 12, 2007. In support of the within motion, PAG further relies on its attached memorandum of law.

WHEREFORE, PAG respectfully requests that this honorable court grant the within motion.

Property Advisory Group, Inc.
By their Attorney,

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

DATED: June 15, 2007

CERTIFICATION

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 15th day of June, 2007 to the following:

Frederick E. Connelly, Jr.
fconnelly@peabodyarnold.com

Adam M. Smith, Esq.
Kevin T. Coughlin, Esq.
asmith@coughlinduffy.com
kcoughlin@coughlinduffy.com

Kevin G. Mahoney, Esq.
Mahoney@mmwlaw.com

James T. McCormick, Esq.
mclaw@choiceonemail.com

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY, | : | |
| v. | : | C.A. NO. 06-297 |
| ALTERNATIVE HOUSING GROUP, ET AL. | : | |

**PAG'S MEMORANDUM OF LAW IN SUPORT OF ITS MOTION FOR LEAVE TO RESPOND TO AGLIC'S ANTICIPATED SUR-REPLY MEMORANDUM**

I. INTRODUCTION

PAG seeks leave of Court to file a Response to AGLIC's anticipated Sur-Reply to the Motion to Dismiss or Stay Plaintiff's Complaint (the "Motion to Dismiss") which is scheduled to be heard by this Court on July 12, 2007.

II. PROCEDURAL HISTORY

On or about April 13, 2007, PAG filed the Motion to Dismiss. On or about May 4, 2007, AGLIC filed its Response in opposition to the Motion to Dismiss and on May 29, 2007, PAG filed its Reply to AGLIC's Response. On or about June 4, 2007, this Court scheduled the Motion to Dismiss for a July 12, 2007 hearing.

On that same date, June 4, 2007, AGLIC requested (by letter) leave to file a Sur-Reply to address arguments contained in PAG's Reply. The Court, by return correspondence dated June 7, 2007 granted AGLIC's "request to file the sur-reply."

## III. ARGUMENT

Since Local Rule 7(b) affords the moving party the last word as to memoranda in support of motions[1], it is respectfully respected that PAG be allowed to file a Response to AGLIC's Sur-Reply to the Motion to Dismiss/Stay. It is further requested that a) PAG be afforded the same number of pages within which to respond as AGLIC utilizes and, b) because the Court is scheduled to hear arguments on 7/12/07, the Court impose the following briefing deadlines:

- 7/2/07 - AGLIC's Sur-Reply due.
- 7/6/07 – PAG's Response to AGLIC's Sur-Reply due.

## IV. CONCLUSION

For all of the foregoing reasons, PAG respectfully requests that this Honorable Court grant the within motion.

Property Advisory Group, Inc.
By their Attorney,

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

DATED: June 15, 2007

[1] Specifically, sub-part (3) provides "no memorandum other than a memorandum in support of a motion, a memorandum in opposition, and a reply memorandum may be filed without prior leave of the court."

CERTIFICATION

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 15th day of June, 2007 to the following:

Frederick E. Connelly, Jr.
fconnelly@peabodyarnold.com

Adam M. Smith, Esq.
Kevin T. Coughlin, Esq.
asmith@coughlinduffy.com
kcoughlin@coughlinduffy.com

Kevin G. Mahoney, Esq.
Mahoney@mmwlaw.com

James T. McCormick, Esq.
mclaw@choiceonemail.com

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com