FREDERICK E. CONNELLY, JR.
[617] 951.2045
KCain@peabodyarnold.com

August 16, 2007

Honorable Ernest C. Torres
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: American Guarantee and Liability Insurance company v. Alternative Housing Group et al.
Case Number: 1:06-cv-297

Dear Judge Torres:

As you may recall, on July 12, 2007 you held a hearing on Defendants' Motions To Dismiss or Stay the Proceedings. Insofar as the parties are presently engaged in meaningful settlement discussions in the hopes of reaching a settlement in the ensuing weeks, the parties unanimously agree that a ruling on these motions at this time may adversely impact settlement momentum. Consequently, the parties respectfully request that you withhold any decision on the pending motions until some time after September 14, 2007 to permit the parties to exhaust their present efforts to reach a mutually acceptable resolution of their dispute.

Thank you for your consideration of our request.

Very truly yours,

*/s/ Frederick E. Connelly, Jr.*

Frederick E. Connelly, Jr.

cc: Kevin T. Coughlin, Esq.
Kevin G. Mahoney, Esq.
James T. McCormick, Esq.
Adam M. Smith, Esq.
Max Wistow, Esq.

PABOS2:KCAIN:666497_1