UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br>Defendants, | C.A. No. 06 297-T-LDA |

**DISMISSAL STIPULATION**

Complaint and Counterclaims are both dismissed without prejudice, no costs to any party.

AMERICAN GUARANTEE and LIABILITY
INSURANCE COMPANY
By its attorneys,

/s/ Frederick E. Connelly, Jr., Esq.
Frederick E. Connelly, Jr., Esq., #6772
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
(617) 951-2125 (fax)
fconnelly@peabodyarnold.com

and

/s/ Adam M. Smith, Esq.
Adam M. Smith, Esq. (admitted *pro hac vice)*
Coughlin Duffy LLP
350 Mt. Kemble Avenue
Morristown, NJ 07962-1917
(973) 267-0058
(973) 267-6442 (fax)
asmith@coughlinduffy.com

Dated: September 21, 2007

Property Advisory Group, Inc.
By their Attorney,

Max Wistow, Esq. (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (FAX)

Narragansett Housing Associates, L.P. and
Alternative Housing Group,
By their Attorneys,

Kevin G. Mahoney, Esq.
Menard, Murphy & Walsh, LLP
60 State Street
Boston, MA 02109
(617) 832-2500
(617) 832-2550 (FAX)

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970
(401) 751-1797 (FAX)

CERTIFICATION

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 21st day of September, 2007 to the following:

Max Wistow, Esq.
mw@wistbar.com

Adam M. Smith, Esq.
Kevin T. Coughlin, Esq.
asmith@coughlinduffy.com
kcoughlin@coughlinduffy.com

Kevin G. Mahoney, Esq.
Mahoney@mmwlaw.com

James T. McCormick, Esq.
mclaw@choiceonemail.com

/s/ Frederick E. Connelly, Jr., Esq.
Frederick E. Connelly, Jr.

668559_1
15021-91975