UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN GUARANTEE and LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATIVE HOUSING GROUP, NARRAGANSETT HOUSING PARTNERS, L.P., NARRAGANSETT HOUSING ASSOCIATES, L.P., and PROPERTY ADVISORY GROUP, INC.<br>Defendants, | C.A. No. 06 297-T-LDA |

NOTICE OF CHANGE OF ADDRESS

The undersigned counsel for the plaintiff, hereby give notice of their change of address effective October 26, 2007. Counsel request that all pleadings, orders and other correspondence in this matter be served on them at the below address.

AMERICAN GUARANTEE and LIABILITY
INSURANCE COMPANY
By its attorneys,

/s/ Frederick E. Connelly, Jr., Esq.
Frederick E. Connelly, Jr., Esq., #6772
Federal Reserve Plaza
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100
(617) 951-2125 (fax)
fconnelly@peabodyarnold.com

Dated: October 24, 2007

CERTIFICATION

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 24th day of October, 2007 to the following:

Max Wistow, Esq.
mw@wistbar.com

Adam M. Smith, Esq.
Kevin T. Coughlin, Esq.
asmith@coughlinduffy.com
kcoughlin@coughlinduffy.com

Kevin G. Mahoney, Esq.
Mahoney@mmwlaw.com

James T. McCormick, Esq.
mclaw@choiceonemail.com

/s/ Frederick E. Connelly, Jr., Esq._________
Frederick E. Connelly, Jr.

PABOS2:FCONNEL:668231_1
15021-91975